1  ANGELA L. PADILLA (CA SBN 154863)
   APadilla@mofo.com
2  LINDSAY T. BRAUNIG (CA SBN 244125)
   LBraunig@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone:  415.268-7000
5  Facsimile:  415.268-7520

6
   Attorneys for Defendant
7  TARGET CORPORATION

8
                   UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                  SAN FRANCISCO/OAKLAND DIVISION
11

12
   VALLAVISTA CORPORATION, a California          Case No.   C-07-05360-PVT
13 corporation,
                                                 **STIPULATION TO EXTENSION
14              Plaintiff,                       OF TIME FOR DEFENDANT
                                                 TARGET CORPORATION TO
15      v.                                       RESPOND TO COMPLAINT**

16 AMAZON.COM, INC., a Delaware corporation,
   TARGET CORPORATION, a Minnesota
17 corporation, EBAGS, INC., a Colorado
   corporation, EMPORIUM LEATHER
18 COMPANY, INC., a New Jersey corporation,
   doing business as ROYCE LEATHER, and
19 FASHION HANDBAGS, INC., a Nevada
   corporation, doing business as BO BO BAGS,
20
                Defendants.
21

22

23

24

25

26

27

28
   STIP. TO EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT
   Case No. C-07-05360 PVT
   sf-2424813

1 | Defendant Target Corporation's response to the Complaint is due on November 19, 2007. Pursuant to Civil Local Rule 6-1(a), the parties, through their counsel, hereby stipulate that Target shall have until December 3, 2007, to respond to the Complaint.

Dated: November 16 , 2007          LINDSAY T. BRAUNIG
                                   MORRISON & FOERSTER LLP


                                   By:  /s/ Lindsay T. Braunig
                                        Lindsay T. Braunig

                                        Attorneys for Defendant
                                        TARGET CORPORATION

Dated:  November 16, 2007          KEVIN R. MARTIN
                                   RANDICK O'DEA & TOOLIATOS, LLP


                                        /s/ Kevin R. Martin
                                        Kevin R. Martin

                                        Attorneys for Plaintiff
                                        VALLAVISTA CORPORATION


## GENERAL ORDER 45 ATTESTATION

I, Lindsay T. Braunig, am the ECF User whose ID and password are being used to file this Stipulation to Extension of Time for Defendant Target Corporation to Respond to the Complaint. In compliance with General Order 45, concurrence in the filing of this document has been obtained from each of the other signatories and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated:  November 16, 2007.


                                        /s/ Lindsay T. Braunig