1  **Kevin R. Martin, SBN 176853**
   kmartin@randicklaw.com
2  **Patrick E. Guevara SBN 202727**
   pguevara@randicklaw.com
3  **RANDICK O'DEA & TOOLIATOS, LLP**
   5000 Hopyard Road, Suite 400
4  Pleasanton, California   94588
   Telephone     (925) 460-3700
5  Facsimile       (925) 460-0969

6  Attorneys for Plaintiff Vallavista Corporation

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11

| | |
|---|---|
| 12  VALLAVISTA CORPORATION, a California corporation,<br>13<br>14              Plaintiff,<br>15       vs.<br>16  AMAZON.COM, INC., a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, EBAGS, INC., a Colorado corporation, EMPORIUM LEATHER COMPANY, INC., a New Jersey corporation, doing business as ROYCE LEATHER, and FASHION HANDBAGS, INC., a Nevada corporation, doing business as BO BO BAGS,<br>21              Defendants. | Case No.:  C07-05360 PVT<br><br>**CERTIFICATE OF SERVICE OF SUMMONS, COMPLAINT AND SUPPLEMENTARY MATERIAL PURSUANT TO LOCAL RULE 4-2. AND ATTACHING RETURN OF SERVICE FORM UPON AMAZON.COM, INC., A DELAWARE CORPORATION** |

22
23
24
25
26
27
28

                                                                                        1
CERTIFICATE OF SERVICE OF SUMMONS, COMPLAINT AND SUPPLEMENTARY MATERIAL
PURSUANT TO LOCAL RULE 4-2. AND ATTACHING RETURN OF SERVICE FORM UPON
AMAZON.COM, INC., A DELAWARE CORPORATION
159666

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| KEVIN R. MARTIN  SBN 176853<br>RANDICK O'DEA & TOOLIATOS<br>5000 HOPYARD RD.<br>SUITE 400<br>PLEASANTON CA 94546 | 925-460-3700<br><br>Ref. No. or File No.<br>V0290.001 | |
| ATTORNEY FOR   PLAINTIFF | | |

Insert name of court and name of judicial district and branch if any.

District Court Northern District, San Jose
280 S First St #2112 San Jose CA 95113

SHORT TITLE OF CASE:
VALLAVISTA CORPORATION v AMAZON.COM, INC., ET AL.

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 586431 | | | | C0705360 |

UNITED STATES DISTRICT COURT
DECLARATION OF SERVICE

I CERTIFY THAT I AM AUTHORIZED TO SERVE THE SUMMONS AND COMPLAINT IN THE WITHIN
ACTION PURSUANT TO F.R.Civ.P 4(c) AND THAT I SERVED THE:

Summons and Complaint
Order Setting Initial Case Management conference and ADR Deadlines
Standing Order Regarding Case Management in Civil Cases
Civil Cover Sheet
Standing order for Civil Practice in Cases Assigned for All
Purposes to Magastrate Judge Patricia V. Trumbull
Declination to Procees Before a Magistrate Judge and Request for
Reassignment to United States District Judge (form)
Consent to Proceed Before a United States Magistrate Judge (form)
Notice of Assignment of Case to a United States Magistrate Judge
U.S. District Court Northern California EFC Registration
Information Handout
United States district Court Northern District of California
Welcome to the United States district Court for the Northern
District of California, Clerk's Office, San Jose Division
Northeren district of California San Jose Division Criminal
and Civil Law and Motion/trial/settlement/cas management/dismissal
Hearing Schedules
Standing Order for Discovery Practice in all Cases Referred to
Magistrate Judge Patricia V. Trumbull for Discovery
Standing Order for all Judges of the Northeren District of
California Contents of Joint Case Management Statement

ON: AMAZON.COM, INC., A DELAWARE
    CORPORATION, BY SERVING, JEFFREY P. BEZOS, AGENT FOR
    SERVICE

RAPID LEGAL                              d.  Registered California process server
1199 MONTEREY PASS RD                    (1) [  ] Employee or [ X ] Independent Contractor
MONTEREY PARK, CA 91754                  (2) Registration No. 1107
323-526-7300                             (3) County: LOS ANGELES
                                         (4) Expiration: 02/27/09

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 11/20/07                          >   CONTINUED ON THE NEXT PAGE
                                        SIGNATURE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| KEVIN R. MARTIN  SBN 176853<br>RANDICK O'DEA & TOOLIATOS<br>5000 HOPYARD RD.<br>SUITE 400<br>PLEASANTON CA 94546 | 925-460-3700<br><br>Ref. No. or File No.<br>V0290.001 | |
| ATTORNEY FOR    PLAINTIFF | | |
| Insert name of court and name of judicial district and branch if any.<br>District Court Northern District, San Jose<br>280 S First St #2112 San Jose CA 95113 | | |
| SHORT TITLE OF CASE:<br>VALLAVISTA CORPORATION v AMAZON.COM, INC., ET AL. | | |
| INVOICE NO.   DATE:   TIME:   DEP./DIV.<br>586431 | | CASE NUMBER:<br>C0705360 |

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH
THE PERSON HEREINAFTER NAMED, A COPY THEREOF, AT:
1200 12TH AVENUE SOUTH
SUITE 1200
SEATTLE WA 98144
ON: 11/19/07  AT: 10:45AM

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF
ABODE OR BUSINESS WITH A PERSON OF SUITABLE AGE AND DISCRETION.

NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
LYNN RADLIFF
WHOSE RELATIONSHIP/TITLE IS: PARALEGAL

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED
STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE
RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

PERSON SERVING: JAMES PITMAN          FEE FOR SERVICE:     89.50


RAPID LEGAL                    d.  Registered California process server
1199 MONTEREY PASS RD          (1) [ ] Employee or [ X ] Independent Contractor
MONTEREY PARK, CA 91754        (2) Registration No. 1107
323-526-7300                   (3) County: LOS ANGELES
                               (4) Expiration: 02/27/09

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 11/20/07                         >
                                       SIGNATURE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| KEVIN R. MARTIN   SBN 176853<br>RANDICK O'DEA & TOOLIATOS<br>5000 HOPYARD RD.<br>SUITE 400<br>PLEASANTON CA 94546 | 925-460-3700<br><br>Ref. No. or File No.<br>V0290.001 | |
| ATTORNEY FOR   PLAINTIFF | | |

Insert name of court and name of judicial district and branch if any.

District Court Northern District, San Jose
280 S First St #2112 San Jose CA 95113

SHORT TITLE OF CASE:
VALLAVISTA CORPORATION v AMAZON.COM, INC., ET AL.

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 586431 | | | | C0705360 |

PROOF OF SERVICE BY MAIL

I AM A CITIZEN OF THE UNITED STATES AND EMPLOYED IN THE COUNTY OF LOS ANGELES STATE OF CALIFORNIA. I AM AND WAS ON THE DATES HEREIN MENTIONED, OVER THE AGE OF EIGHTEEN YEARS AND NOT A PARTY TO THE ACTION.
ON 11/20/07 AFTER SUBSTITUTED SERVICE UNDER SECTION 415.20(a) OR 415.20(b)

C.C.P., WAS MADE, I SERVED THE WITHIN:

Summons and Complaint
Order Setting Initial Case Management conference and ADR Deadlines
Standing Order Regarding Case Management in Civil Cases
Civil Cover Sheet
Standing order for Civil Practice in Cases Assigned for All
Purposes to Magastrate Judge Patricia V. Trumbull
Declination to Procees Before a Magistrate Judge and Request for
Reassignment to United States District Judge (form)
Consent to Proceed Before a United States Magistrate Judge (form)
Notice of Assignment of Case to a United States Magistrate Judge
U.S. District Court Northern California EFC Registration
Information Handout
United States district Court Northern District of California
Welcome to the United States district Court for the Northern
District of California, Clerk's Office, San Jose Division
Northeren district of California San Jose Division Criminal
and Civil Law and Motion/trial/settlement/cas management/dismissal
Hearing Schedules
Standing Order for Discovery Practice in all Cases Referred to
Magistrate Judge Patricia V. Trumbull for Discovery
Standing Order for all Judges of the Northeren District of
California Contents of Joint Case Management Statement

RAPID LEGAL
1199 MONTEREY PASS RD
MONTEREY PARK, CA 91754
323-526-7300

d. Registered California process server
(1) [  ] Employee or [ X ] Independent Contractor
(2) Registration No. 5612
(3) County: LOS ANGELES
(4) Expiration: 02/06/08

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 11/20/07                               >   CONTINUED ON THE NEXT PAGE
                                            SIGNATURE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| KEVIN R. MARTIN   SBN 176853<br>RANDICK O'DEA & TOOLIATOS<br>5000 HOPYARD RD.<br>SUITE 400<br>PLEASANTON CA 94546 | 925-460-3700<br><br>Ref. No. or File No.<br>V0290.001 | |
| ATTORNEY FOR  PLAINTIFF | | |
| Insert name of court and name of judicial district and branch if any.<br>District Court Northern District, San Jose<br>280 S First St #2112 San Jose CA 95113 | | |
| SHORT TITLE OF CASE:<br>VALLAVISTA CORPORATION v AMAZON.COM, INC., ET AL. | | |

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 586431 | | | | C0705360 |

ON THE DEFENDANT, IN SAID ACTION BY PLACING A TRUE COPY THEREOF ENCLOSED
IN A SEALED ENVELOPE WITH POSTAGE THEREON PRE-PAID FOR FIRST CLASS IN THE
UNITED STATES MAIL AT:    MONTEREY PARK   , CALIFORNIA,   ADDRESSED AS FOLLOWS:

AMAZON.COM, INC., A DELAWARE
CORPORATION, BY SERVING, JEFFREY P. BEZOS, AGENT FOR
SERVICE

1200 12TH AVENUE SOUTH
SUITE 1200
SEATTLE WA 98144


DECLARANT: TERESA GUARDADO


RAPID LEGAL                              d.  Registered California process server
1199 MONTEREY PASS RD                    (1) [ ] Employee or [ X ] Independent Contractor
MONTEREY PARK, CA 91754                  (2) Registration No. 5612
323-526-7300                             (3) County: LOS ANGELES
                                         (4) Expiration  02/06/08

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 11/20/07                                    >
                                                  SIGNATURE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 11/19/07 |
| Name of SERVER James Pitman | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Lynn Radliff, Senior Paralegal
1200 - 12th. Ave S Ste 1200
Seattle, WA 98144

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/26/07
Date

Signature of Server

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure