1  **Kevin R. Martin, SBN 176853**
   kmartin@randicklaw.com
2  **Patrick E. Guevara SBN 202727**
   pguevara@randicklaw.com
3  **RANDICK O'DEA & TOOLIATOS, LLP**
   5000 Hopyard Road, Suite 400
4  Pleasanton, California   94588
   Telephone      (925) 460-3700
5  Facsimile      (925) 460-0969

6  Attorneys for Plaintiff Vallavista Corporation

7

8                    **UNITED STATES DISTRICT COURT**

9          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                        **SAN JOSE DIVISION**

11

12  VALLAVISTA CORPORATION, a             Case No.:  C07-05360 PVT
    California corporation,
13                                        **CERTIFICATE OF SERVICE OF**
                    Plaintiff,            **SUMMONS, COMPLAINT AND**
14                                        **SUPPLEMENTARY MATERIAL**
         vs.                              **PURSUANT TO CIVIL LOCAL RULE 4-2.**
15                                        **AND ATTACHING RETURN OF SERVICE**
    AMAZON.COM, INC., a Delaware          **FORM UPON EBAGS, INC., A COLORADO**
16  corporation, TARGET CORPORATION,      **CORPORATION**
    a Minnesota corporation, EBAGS, INC., a
17  Colorado corporation, EMPORIUM
    LEATHER COMPANY, INC., a New
18  Jersey corporation, doing business as
    ROYCE LEATHER, and FASHION
19  HANDBAGS, INC., a Nevada
    corporation, doing business as BO BO
20  BAGS,

21                  Defendants.

22

23

24

25

26

27
                                                                          1
28

UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF CALIFORNIA
CASE NO.: c07-05360

**5132**

| | |
|---|---|
| Plaintiff: | VALLAVISTA CORPORATION , a california corporation |
| Defendant: | AMAZON.COM, INC a Delaware corporation TARGET CORPORATION , a Minnesota corporation, EBAGS, INC a colorado corporation ,  EMPORIUM LEATHERCOMPANY INC ,a new jersey corporation , doing business as ROYCE LEATHER and  FASHION HANDBAGS INC  a NEVADA corporati |

## AFFIDAVIT OF SERVICE

I declare under oath that I am 18 years or older and not a party to the action and that on **11/09/2007** at **12:17 PM**, I served **SUMMONS, COMPLAINT, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES, CIVIL CASE COVER SHEET, STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSED TO MAGISTRATE JUDGE PATRICIA V. TRUMBULL, DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE, CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, NOTICE OF ASSIGNMENT OF A CASE TO A UNITED STATES MAGISTRATE JUDGE, ECF REGISTRATION INFORMATION HANDOUT, UNITED STATES DISTRICT COURT GUIDELINES, NORTHER DISTRICT OF CALIFORNIA SAN JOSE DIVISION HEARING SCHEDULES, STANDING ORDER FOR DISCOVERY PRACTICES IN ALL CASES REFERRED TO MAGISTRATE JUDGE PATRICIA V. TRUMBULL FOR DISCOVERY, STANDING ORDER FOR ALL JUDGES OF HE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT.** on EBAGS INC   (hereinafter referred to as 'Defendant') at **6060 GREENWOOD PLAZA BLVD , GREENWOOD, CO 80111** in the manner indicated below:

By leaving the documents with Steven L. Slotter, who as REGISTERED AGENT is authorized by appointment or by law to receive service of process for Defendant.

The approximate description of the person the documents were left with is:

Sex: **Male** Skin: **Caucaisian** Hair: **Blonde** Age: **45** Height: **5'9"** Weight: **150** Place: **Commercial Building**

Cory Morrison

Cost of Service: $60.00

Subscribed and affirmed, or sworn to before me this 10th day of November, 2007.

Notary Public
My Commission Expires: _06-15-2011_

Prepared by: Colorado Process Service, LLC 1700 Broadway Suite 2120 Denver, CO 80290
Phone: 303-830-6809 Fax: 303-830-6985 E-mail: service@coloradoprocessservice.com

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]    **DATE** *11-09-2007 @ 12:17 P.M.*

**Name of SERVER** *Cory Morrison*    **TITLE** *Senior Agent*

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served:
*Hand delivered to registered agent Steven L. Slotter @ eBags, Inc. 6060 Greenwood Plaza Blvd. Greenwood Village, CO 80111*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| Ø | $60.00 | $60.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *11-09-2007*
Date

*Signature of Server*
*Colorado Process Service LLC*
*1700 Broadway suite 2120*
Address of Server *Denver, CO 80290*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure