1 | **Kevin R. Martin, SBN 176853**
kmartin@randicklaw.com
2 | **Patrick E. Guevara SBN 202727**
pguevara@randicklaw.com
3 | **RANDICK O'DEA & TOOLIATOS, LLP**
5000 Hopyard Road, Suite 400
4 | Pleasanton, California  94588
Telephone    (925) 460-3700
5 | Facsimile      (925) 460-0969

6 | Attorneys for Plaintiff Vallavista Corporation

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| VALLAVISTA CORPORATION, a California corporation, | Case No.: C07-05360 PVT |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE OF SUMMONS, COMPLAINT AND SUPPLEMENTARY MATERIAL PURSUANT TO LOCAL RULE 4-2. AND ATTACHING RETURN OF SERVICE FORM UPON EMPORIUM LEATHER COMPANY, INC. A NEW JERSEY CORPORATION** |
| vs. | |
| AMAZON.COM, INC., a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, EBAGS, INC., a Colorado corporation, EMPORIUM LEATHER COMPANY, INC., a New Jersey corporation, doing business as ROYCE LEATHER, and FASHION HANDBAGS, INC., a Nevada corporation, doing business as BO BO BAGS, | |
| Defendants. | |

1

CERTIFICATE OF SERVICE OF SUMMONS, COMPLAINT AND SUPPLEMENTARY MATERIAL
PURSUANT TO LOCAL RULE 4-2. AND ATTACHING RETURN OF SERVICE FORM UPON EMPORIUM
LEATHER COMPANY, INC. A NEW JERSEY CORPORATION
159667

VALLAVISTA CORPORATION A CALIFORNIA CORPORATION
*Plaintiff*
vs.

AMAZON.COM INC A DELAWARE CORPORATION; TARGET CORPORATION A MINNESOTA CORPORATION; EBAGS INC A COLORADO CORPORATION; EMPORIUM LEATHER COMPANY INC. A NJ CORP; ET ALS
*Defendant*

UNITED STATES OF AMERICA
United States District Court
Northern District of California
Docket / Index # C07-05360

**AFFIDAVIT**

**Person to be served:**
*Emporium Leather Company Inc.* **at:** *Emporium Leather Company Inc., c/o Harold Joe Bauer, 172 Alpine Drive, Closter, NJ 07624*

**Attorney:**
Fredericks & Palmer Process Serving LLC
501 Scarborough Dr Suite 306 East
English Creek Executive Center, Egg Harbor Township, NJ 08234

Cost of Service Pursuant to R. 4:4-3(c)

$ _____

**Papers Served:**
Order Setting initial Case Management Conference and ADR Deadlines; Standing Order regarding Case Management in Civil Cases; Civil Case Cover Sheet; Standing Order for Civil Practice in Cases assigned for all purposes to Magistrate Judge Patricia V. Trumbull; Declination to proceed before a Magistrate Judge and request for Reassignment to a United States District Judge; Consent to proceed before a United States Magistrate Judge; ECF Registration Information Handout; United States District Guidelines; Northern District of California San Jose Division Hearing Schedules; Standing Order for Discovery Practices in all Cases referred to Magistrate Judge Patricia V. Trumbull for Discovery; Standing Order for all Judges of the Northern District of California Contents of Joint Case Management Statement.

**Service Data:**
Served Successfully __X__   Not Served _____

Date: November 1, 2007   Time: 6:30 AM

Attempts: 0

_____ Delivered a copy to him / her personally

_____ Left a copy with a competent household member over 14 years of age residing therein.

**X** Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

**Name of Person Served and Relationship / Title:**

Kathy Bauer, Authorized Agent

**Description of Person Accepting Service:**
Sex: **Female** Age: **40+** Height: **5' 4"** Weight: **100-110 lbs** Skin Color: **Caucasian** Hair Color: **Brown**

**Unserved:**
( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time
                    _____ Date _____ Time
( ) Other _____ Comments or Remarks _____

**Server Data:**
Subscribed and Sworn to me this
18 day of Nov 2007

Robert H. Stalb, Notary Public of New Jersey
My Commission Expires March 14, 2008

I, Glenn Michael Consor, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Glenn Michael Consor, Process Server

Lawyers Edge Process Service, LLC, 58 Main Street Suite 1C, Hackensack, NJ 07601
Phone: (201) 489-8080   Fax: (201) 489-8824

Job #21008

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 11/1/2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| GLENN M CONSOR | Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
  Emporium Leather Company Inc., 172 Alpine Drive, Closter, New Jersey 07624 at 06:30 hrs

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:
  Kathy Bauer - Authorized Agent

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/2/2007
           Date            Signature of Server

           Fredericks & Palmer Process Serving LLC
           *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.