| Clerk's Use Only |
| --- |
| Initial for fee pd.: |

(Name, address, and phone number of applicant)

**Filed** Fee Paid

2007

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

VALLAVISTA CORPORATION, a California Corporation

        Plaintiff(s),

    v.

AMAZON.COM, INC., et al.

        Defendant(s).

CASE NO. C07-05360 PVT

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to Civil L.R. 11-3, Andrew Hartman, an active member in good standing of the bar of Colorado and Illinois, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing EBAGS, INC. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Alex Sears of Cooley Godward Kronish, LLP, 101 California Street, 5th Floor, San Francisco, California, 94111-5800, (415) 693-2104.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 27, 2007

                                                          Andrew Hartman

# PROOF OF SERVICE
## (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley Godward Kronish LLP, 101 California Street, 5th Floor, San Francisco, California 94111-5800. On the date set forth below I served the documents described below in the manner described below:

- **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***
- **(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

[X] (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

[ ] (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following part(ies) in this action:

Patrick E. Guevara
Kevin Richard Martin
Randick O'Dea & Tooliatos, LLP
5000 Hopyard Road, Suite 400
Pleasanton, CA 94588
Telephone: (925) 460-3700
Facsimile: (925) 460-0969

Lindsay Traylor Braunig
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000 (x7121)
Facsimile: (415) 268-7522

Executed on November 28, 2007, at San Francisco, California.

_____
Myrna M. Yee

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1065303 v1/SF

1.

APPLICATION FOR ADMISSION OF ATTORNEY
PRO HAC VICE
CASE NO. C07-05360