Reset Form

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

VALLAVISTA CORPORATION, a California Corporation

Plaintiff(s),

v.

AMAZON.COM, INC., et al.

Defendant(s).

CASE NO. C07-05360 PVT

**(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

FILED NOV 30 2007
RECEIVED NOV 28 2007
RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

Andrew Hartman, an active member in good standing of the bar of Colorado and Illinois (particular court to which applicant is admitted) whose business address and telephone number is Cooley Godward Kronish, LLP, 380 Interlocken Crescent, Suite 900, Broomfield, Colorado 80021-8023, (720) 566-4200, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing EBAGS, INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: Nov 30, 2007

Patricia V. Trumbull
United States ~~District~~ Magistrate Judge

United States District Court — For the Northern District of California