1 | ANGELA L. PADILLA (CA SBN 154863)
APadilla@mofo.com
2 | LINDSAY T. BRAUNIG (CA SBN 244125)
LBraunig@mofo.com
3 | MORRISON & FOERSTER LLP
425 Market Street
4 | San Francisco, California 94105-2482
Telephone: 415.268.7000
5 | Facsimile: 415.268.7522

6 | Attorneys for Defendant
TARGET CORPORATION
7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN JOSE DIVISION

11

| | |
|---|---|
| 12 VALLAVISTA CORPORATION, a California corporation, | Case No.   C-07-05360-PVT |
| 13 | |
| 14 Plaintiff, | **CERTIFICATE OF SERVICE BY MAIL** |
| 15 v. | |
| 16 AMAZON.COM, INC., a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, EBAGS, INC., a Colorado corporation, EMPORIUM LEATHER COMPANY, INC., a New Jersey corporation, doing business as ROYCE LEATHER, and FASHION HANDBAGS, INC., a Nevada corporation, doing business as BO BO BAGS, | |
| 20 Defendants. | |

21
22
23
24
25
26
27
28

Certificate of Service  C-07-05360-PVT

sf-2431842

**CERTIFICATE OF SERVICE BY MAIL**
(Fed. R. Civ. Proc. rule 5(b))

    I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

    I further declare that on the date hereof I served a copy of:

**SEPARATE ANSWER OF DEFENDANT TARGET CORPORATION TO COMPLAINT**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482, in accordance with Morrison & Foerster's ordinary business practices:

| | |
|---|---|
| Andrew Hartman, Esq. | *Pro Hac Vice* for Defendant |
| Cooley Godward LLP | eBags, Inc. |
| 2595 Canyon Boulevard, Suite 250 | |
| Boulder, CO 80302 | |

I declare under penalty of perjury that the above is true and correct.

Executed at San Francisco, California, this 3rd day of December, 2007.

                                            s/Linda I. Methven
                                              Linda I. Methven

**GENERAL ORDER 45 ATTESTATION**

    I, Angela L. Padilla, am the ECF User whose ID and password are being used to file this Certificate of Service by Mail. In compliance with General Order 45, concurrence in the filing of this document has been obtained from each of the other signatories and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

    Dated: December 3, 2007.

                                          /s/     Angela L. Padilla