| | |
|---|---|
| 1 | ERIK P. KHOOBYARIAN (SB #226749) |
| | epkhoobyarian@stoel.com |
| 2 | STOEL RIVES LLP |
| | 770 L Street, Suite 800 |
| 3 | Sacramento, CA  95814 |
| | Telephone:  (916) 447-0700 |
| 4 | Facsimile:  (916) 447-4781 |
| 5 | Attorneys for Defendant |
| | AMAZON.COM, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VALLAVISTA CORPORATION, a California corporation, | Case No. C07-05360 |
| Plaintiff, | STIPULATION ENLARGING TIME FOR DEFENDANT AMAZON.COM, INC. TO RESPOND TO COMPLAINT |
| v. | |
| AMAZON.COM, INC., a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, EBAGS, INC., a Colorado corporation, EMPORIUM LEATHER COMPANY, INC., a New Jersey corporation, doing business as ROYCE LEATHER, and FASHION HANDBAGS, INC., a Nevada corporation, doing business as BO BO BAGS, | |
| Defendants. | |

Pursuant to Civil Local Rule 6-1, Plaintiff VALLAVISTA CORPORATION and Defendant AMAZON.COM, INC., hereby stipulate to enlarge the time within which Defendant AMAZON.COM, INC. must answer or otherwise respond to the complaint to and including December 28, 2007.  The enlargement of time will not alter the date of any event or deadline already fixed by Court order, and, accordingly, this stipulation does not require a Court order (Civil L.R. 6-1(a)).

/ / /

DATED: December 13, 2007

                                          STOEL RIVES LLP

                                          By:  /s/ Erik P. Khoobyarian
                                          ERIK P. KHOOBYARIAN
                                          Attorneys for Defendant
                                          AMAZON.COM, INC.

DATED: December 13, 2007

                                          RANDICK O'DEA & TOOLIATOS, LLP

                                          By:  /s/ Patrick E. Guevara
                                          PATRICK E. GUEVARA
                                          Attorneys for Plaintiff
                                          VALLAVISTA CORPORATION

### ATTESTATION OF ERIK P. KHOOBYARIAN

I, Erik P. Khoobyarian, am one of the attorneys of record for Defendant AMAZON.COM, INC. I have obtained concurrence in the filing of this document from Patrick E. Guevara, attorney of record for Plaintiff VALLAVISTA CORPORATION, which shall serve in lieu of his signature on the filed document. I have obtained and will maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

DATED: December 13, 2007                                /s/ Erik P. Khoobyarian
                                                          ERIK P. KHOOBYARIAN