1  VANESSA SORIANO POWER (WSB #30777)
   vspower@stoel.com
2  STOEL RIVES LLP
   600 University Street, Suite 3600
3  Seattle, WA 98101
   Telephone: (206) 624-0900
4  Facsimile: (206) 386-7500

5  Attorneys for Defendant
   Amazon.com, Inc.

*Filed*

*JAN 1 0 2008*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*
*SAN JOSE*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VALLAVISTA CORPORATION, a California corporation,, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, EBAGS, INC., a Colorado corporation, EMPORIUM, LEATHER COMPANY, INC., a New Jersey corporation, doing business as ROYCE LEATHER, and FASHION HANDBAGS, INC., a Nevada corporation, doing business as BO BO BAGS, <br><br> Defendants. | Case No. C07-05360 PVT <br><br> APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Pursuant to Civil L.R. 11-3, Vanessa Soriano Power, an active member in good standing of the United States District Court for the Western District of Washington and the United States District Court for Montana, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Amazon.com in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

---

STOEL RIVES LLP
ATTORNEYS AT LAW
SEATTLE

APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*                -1-                                                  C07-05360

Seattle-3397212.1 0053837-00011

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address, and telephone number of that attorney is :

ERIK P. KHOOBYARIAN (SB #226749)
epkhoobyarian@stoel.com
STOEL RIVES LLP
770 L Street, Suite 800
Sacramento, CA 95814
Telephone: (916) 447-0700
Facsimile: (916) 447-4781

I declare under penalty of perjury that the foregoing is true and correct.

DATED: December 19, 2007

Stoel Rives LLP

By: _____
VANESSA SORIANO POWER
Attorneys for Defendant
Amazon.com, Inc.

APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*                    -2-                              C07-05360

Seattle-3397212.1 0053837-00011