1    VANESSA SORIANO POWER (WSB #30777)
     vspower@stoel.com
2    STOEL RIVES LLP
     600 University Street, Suite 3600
3    Seattle, WA  98101
     Telephone:  (206) 624-0900
4    Facsimile:  (206) 386-7500

5    Attorneys for Defendant
     Amazon.com, Inc.

6

7

FILED

JAN 1 1 2008

CLE...
NORTHE...

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

| 11  VALLAVISTA CORPORATION, a California corporation,, | Case No. C07-05360 PVT |
|---|---|
| 12                Plaintiff, | [Proposed] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| 13 | |
| 14      v. | |
| 15  AMAZON.COM, INC., a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, EBAGS, INC., a Colorado corporation, EMPORIUM, LEATHER COMPANY, INC., a New Jersey corporation, doing business as ROYCE LEATHER, and FASHION HANDBAGS, INC., a Nevada corporation, doing business as BO BO BAGS, | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20                Defendants. | |

21        Vanessa Soriano Power, an active member in good standing of the United States District

22   Court for the Western District of Washington and the United States District Court for Montana

23   whose business address and telephone number is 600 University Street, Suite 3600, Seattle, WA

24   98101, having applies in the above-entitled action for admission to practice in the Northern

25   District of California on a *pro hac* vice basis, representing Amazon.com.

26        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

27   conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*

28

STOEL RIVES LLP
ATTORNEYS AT LAW
SEATTLE

ORDER GRANTING APPLICATION FOR
ADMISSION OF ATTORNEY *PRO HAC VICE*                -1-                                    C07-05360

Seattle-3397213.1 0053837-00011

1    *vice.* Service of papers upon and communication with co-counsel designated in the application

2    will constitute notice to the party. All future filings in this action are subject to the requirements

3    contained in General Order No. 45, *Electronic Case Filing.*

4

5    DATED: _____1/9_____, 2008

6                                            _____
                                             HONORABLE PATRICIA V.
7                                            TRUMBULL
                                             United States Magistrate Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STOEL RIVES LLP
ATTORNEYS AT LAW
SEATTLE

ORDER GRANTING APPLICATION FOR
ADMISSION OF ATTORNEY *PRO HAC VICE*                    -2-                    C07-05360

Seattle-3397213.1 0053837-00011