DAVID R. GOODNIGHT (WSB #20286)
drgoodnight@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900
Facsimile: (206) 386-7500

Attorneys for Defendant
Amazon.com, Inc.

FILED

JAN 1 1 2008

CL...
NORT... ...RT
 ...ORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VALLAVISTA CORPORATION, a California corporation,,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, EBAGS, INC., a Colorado corporation, EMPORIUM, LEATHER COMPANY, INC., a New Jersey corporation, doing business as ROYCE LEATHER, and FASHION HANDBAGS, INC., a Nevada corporation, doing business as BO BO BAGS,<br><br>Defendants. | Case No. C07-05360 PVT<br><br>[proposed] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

David R. Goodnight, an active member in good standing of the United States District Court for the Western District of Washington whose business address and telephone number is 600 University Street, Suite 3600, Seattle, WA 98101, having applies in the above-entitled action for admission to practice in the Northern District of California on a *pro hac* vice basis, representing Amazon.com.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

---

STOEL RIVES LLP
ATTORNEYS AT LAW
SEATTLE

ORDER GRANTING APPLICATION FOR
ADMISSION OF ATTORNEY *PRO HAC VICE*      -1-       C07-05360

Seattle-3397235.1 0053837-00011

1  *vice*. Service of papers upon and communication with co-counsel designated in the application
2  will constitute notice to the party. All future filings in this action are subject to the requirements
3  contained in General Order No. 45, *Electronic Case Filing*.

DATED: __1/9__, 200__8__

*Patricia V. Trumbull*
HONORABLE PATRICIA V. TRUMBULL
United States Magistrate Judge

OEL RIVES LLP
TTORNEYS AT LAW
SEATTLE

ORDER GRANTING APPLICATION FOR
ADMISSION OF ATTORNEY *PRO HAC VICE*   -2-   C07-05360

Seattle-3397235.1 0053837-00011