1  ANGELA L. PADILLA (CA SBN 154863)
   APadilla@mofo.com
2  LINDSAY T. BRAUNIG (CA SBN 244125)
   LBraunig@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Defendant
   TARGET CORPORATION
7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                 SAN JOSE DIVISION

11

12 VALLAVISTA CORPORATION, a California          Case No.    C-07-05360-PVT
   corporation,
13
              Plaintiff,
14
        v.
15
   AMAZON.COM, INC., a Delaware corporation,     ADR CERTIFICATION BY
16 TARGET CORPORATION, a Minnesota               PARTIES AND COUNSEL
   corporation, EBAGS, INC., a Colorado
17 corporation, EMPORIUM LEATHER
   COMPANY, INC., a New Jersey corporation,
18 doing business as ROYCE LEATHER, and
   FASHION HANDBAGS, INC., a Nevada
19 corporation, doing business as BO BO BAGS,

20            Defendants.

21

22

23

24

25

26

27

28

1          Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or

2   she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District

3   of California," or the specified portions of the ADR Unit's Internet site

4   <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the

5   court and private entities, and considered whether this case might benefit from any of them.

6

7   Dated: January 15, 2008

8                                          _____
                                           Jason Walbourn, Defendant Target Corporation

9   Dated: January 15, 2008

10                                         _____
                                           Angela L. Padilla, Attorney for Defendant

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADR Certification by Parties and Counsel
Case No.  C-07-05360-PVT
sf-2450765                                                                              1