**Kevin R. Martin, SBN 176853**
kmartin@randicklaw.com
**Patrick E. Guevara SBN 202727**
pguevara@randicklaw.com
**RANDICK O'DEA & TOOLIATOS, LLP**
5000 Hopyard Road, Suite 400
Pleasanton, California   94588
Telephone    (925) 460-3700
Facsimile    (925) 460-0969

Attorneys for Plaintiff Vallavista Corporation

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| VALLAVISTA CORPORATION, a California corporation,<br><br>                    Plaintiff,<br><br>         vs.<br><br>AMAZON.COM, INC., a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, EBAGS, INC., a Colorado corporation, EMPORIUM LEATHER COMPANY, INC., a New Jersey corporation, doing business as ROYCE LEATHER, and FASHION HANDBAGS, INC., a Nevada corporation, doing business as BO BO BAGS,<br><br>                    Defendants. | Case No.:  C-07-05360 PVT<br><br>**ADR CERTIFICATION BY PLAINTIFF VALLAVISTA CORPORATION AND COUNSEL** |

        Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he

or she has read either the handbook entitled "Dispute Resolution Procedures in Northern District

of

/ / /

/ / /

1  California," or the specified portions of the ADR Unit's Internet site

2  www.adr.cand.uscourts.gov, discussed the available dispute resolution options provided by the

3  court and private entities, and considered whether this case might benefit from any of the

4  available dispute resolution options.

5  Date:   January 17, 2008                    RANDICK O'DEA & TOOLIATOS, LLP

6

7                                            By:   _____/s/_____

8                                                  Kevin R. Martin, Attorney for Plaintiff
                                                   Vallavista Corporation

9  Date:   January 17, 2008

10

11                                           By:   _____/s/_____

12                                                 Alicia Klein
                                                   Plaintiff Vallavista Corporation

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                                                            2

**PROOF OF SERVICE**

I, Becky Amedio, ***pursuant to ADR L.R. 3-5(b)***, declare:

I am employed in Alameda County, State of California, am over the age of eighteen years, and not a party to the within action.  My business address is 5000 Hopyard Road, Suite 400, Pleasanton, California 94588.  I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service and/or other overnight delivery.   Under overnight delivery practice, all mailings are deposited in an authorized area for pick-up by an authorized express service courier the same day it is collected and processed in the ordinary course of business. On the date set forth below, I served the within:

**ADR CERTIFICATION BY PLAINTIFF
VALLAVISTA CORPORATION AND COUNSEL**

on the parties in this action by placing a true copy thereof in a sealed envelope, and each envelope addressed as follows:

ADR Program
USDC – Northern District of California
450 Golden Gate Ave., 16th Floor
San Francisco, CA  94102

[**X**]    (By U.S. Mail) I caused each such envelope to be served by depositing same, with postage thereon fully prepaid, to be placed in the United States Postal Service in the ordinary course of business at Pleasanton, California.

[ ]    (By Facsimile)   The above-referenced document(s) was transmitted by facsimile transmission to the number(s) shown and the transmission was reported as complete and without error.  Pursuant to Rule 2009(i), I caused the transmitting facsimile machine to issue properly a transmission report, a copy of which is attached to this Declaration.

[ ]    (By Overnight Delivery)  I caused each such envelope to be served by depositing same in an authorized area for pick-up by an authorized express service courier (UPS Overnight) the same day it is collected and processed in the ordinary course of business .

[ ]    (By Personal Service) I caused each such envelope to be delivered by hand to the persons named above.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 17, 2008, at Pleasanton, California.

_____/s/_____
Becky Amedio