COOLEY GODWARD KRONISH LLP
JOHN W. CRITTENDEN (101634) (jcrittenden@cooley.com)
ANDREW HARTMAN (*pro hac vice*) (ahartman@cooley.com)
ALEX C. SEARS (232491) (asears@cooley.com)
101 California Street
5th Floor
San Francisco, CA  94111-5800
Telephone:     (415) 693-2000
Facsimile:      (415) 693-2222

Attorneys for Defendant
eBAGS, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VALLAVISTA CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation; TARGET CORPORATION, a Minnesota corporation; EBAGS, INC., a Colorado corporation; EMPORIUM LEATHER COMPANY, INC., a New Jersey corporation, doing business as ROYCE LEATHER; and FASHION HANDBAGS, INC., a Nevada corporation, doing business as BO BO BAGS,<br><br>Defendant. | Case No.  C07-05360 PVT<br><br>**ADR CERTIFICATION BY DEFENDANT EBAGS, INC. AND COUNSEL [L.R. 16, ADR L.R. 3-5(B)]** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*," available on the Court's ADR Internet site www.adr.cand.uscourts;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: January 23, 2008

_____/s/_____
Andrew Hartman
Attorneys for Defendant eBAGS, Inc.

Dated: January 23, 2008

_____/s/_____
Mark DeOrio
Defendant eBAGS, Inc.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1072429 v1/SF

2.

**ADR CERTIFICATION (eBAGS, INC.)**
**C07-05360 PVT**