1 | ANGELA L. PADILLA (CA SBN 154863)
APadilla@mofo.com
2 | LINDSAY T. BRAUNIG (CA SBN 244125)
LBraunig@mofo.com
3 | MORRISON & FOERSTER LLP
425 Market Street
4 | San Francisco, California  94105-2482
Telephone: 415.268.7000
5 | Facsimile: 415.268.7522

6 | Attorneys for Defendant
TARGET CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| VALLAVISTA CORPORATION, a California corporation, | Case No.   C-07-05360-PVT |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANT TARGET CORPORATION'S CERTIFICATE OF INTERESTED ENTITIES** |
| AMAZON.COM, INC., a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, EBAGS, INC., a Colorado corporation, EMPORIUM LEATHER COMPANY, INC., a New Jersey corporation, doing business as ROYCE LEATHER, and FASHION HANDBAGS, INC., a Nevada corporation, doing business as BO BO BAGS, | |
| Defendants. | |

Certificate of Interested Entities C-07-05360-PVT

sf-2458387

1  Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed
2  persons, associations of persons, firms, partnerships, corporations (including parent corporations)
3  or other entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:

      Westport Corporation
      331 Change Bridge Road
      Pine Brook, New Jersey 07058

Westport Corporation ("Westport") was Target Corporation's vendor for the items identified in the Complaint. Westport has indemnification obligations to Target pursuant to the contract under which Target purchased the items from Westport.

Dated: January 28, 2008.

ANGELA L. PADILLA
LINDSAY T. BRAUNIG
MORRISON & FOERSTER LLP

By: /s/Lindsay T. Braunig
    Lindsay T. Braunig

Attorneys for Defendant
TARGET CORPORATION

Certificate of Interested Entities C-07-05360-PVT     1
sf-2458387