| | |
|---|---|
| 1 | ERIK P. KHOOBYARIAN (SB #226749) |
|   | epkhoobyarian@stoel.com |
| 2 | VANESSA S. POWER (WSBA #30777) |
|   | vspower@stoel.com |
| 3 | *Admitted Pro Hac Vice* |
|   | DAVID R. GOODNIGHT (WSBA #20286) |
| 4 | drgoodnight@stoel.com |
|   | *Admitted Pro Hac Vice* |
| 5 | STOEL RIVES LLP |
|   | 980 9th Street, Suite 1900 |
| 6 | Sacramento, CA  95814 |
|   | Telephone:  (916) 447-0700 |
| 7 | Facsimile:  (916) 447-4781 |
| 8 | Attorneys for Defendant |
|   | AMAZON.COM, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VALLAVISTA CORPORATION, a California corporation, | Case No. C07-05360 |
| Plaintiff, | **DEFENDANT AMAZON.COM'S REQUEST TO ALLOW TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE** |
| v. | |
| AMAZON.COM, INC., a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, EBAGS, INC., a Colorado corporation, EMPORIUM LEATHER COMPANY, INC., a New Jersey corporation, doing business as ROYCE LEATHER, and FASHION HANDBAGS, INC., a Nevada corporation, doing business as BO BO BAGS, | |
| Defendants. | |

Pursuant to Local Rule 16-10(a) Defendant Amazon.com, Inc. ("Amazon.com") respectfully requests that the Court allow its lead counsel, Vanessa Soriano Power, to appear telephonically at the Case Management Conference on Tuesday, February 5, 2008 at 2:00 p.m. As lead counsel for Amazon.com, Ms. Power analyzed the allegations in the Complaint, prepared Amazon.com's Answer and Affirmative Defenses, participated in the Fed. R. Civ. P. 26(f)

1   conference with counsel for all parties, and concurred with the Joint Case Management Statement
2   on behalf of Amazon.com. She is well-informed on Amazon.com's position in this matter and
3   can respond to the Court's inquiries regarding case status and anticipated motions.

4       Ms. Power resides and works in Seattle, Washington. She has familiarized herself with
5   the local rules of practice and has been admitted to appear *pro hac vice* in this matter. Local
6   counsel, Erik Khoobyarian, is located in Sacramento, California, and has a previously-scheduled
7   deposition at the same time as the Case Management Conference. As such, Ms. Power requests
8   leave to appear at the Case Management Conference by telephone.

9       For all the foregoing reasons, Amazon.com seeks leave of the Court to allow its lead
10  counsel to appear by telephone at the Case Management Conference on Tuesday, February 5,
11  2008.

12

13  DATED: January 28, 2008

14      STOEL RIVES LLP

15

16      By: /s/ Erik P. Khoobyarian
17      VANESSA SORIANO POWER
        ERIK P. KHOOBYARIAN
        Attorneys for Defendant
18      AMAZON.COM, INC.