COOLEY GODWARD KRONISH LLP
JOHN W. CRITTENDEN (101634) (jcrittenden@cooley.com)
ANDREW HARTMAN (*pro hac vice*) (ahartman@cooley.com)
ALEX C. SEARS (232491) (asears@cooley.com)
101 California Street
5th Floor
San Francisco, CA  94111-5800
Telephone:     (415) 693-2000
Facsimile:     (415) 693-2222

Attorneys for Defendant
eBAGS, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VALLAVISTA CORPORATION, a California corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>AMAZON.COM, INC., a Delaware corporation; TARGET CORPORATION, a Minnesota corporation; EBAGS, INC., a Colorado corporation; EMPORIUM LEATHER COMPANY, INC., a New Jersey corporation, doing business as ROYCE LEATHER; and FASHION HANDBAGS, INC., a Nevada corporation, doing business as BO BO BAGS,<br><br>        Defendant. | Case No.  C07-05360 PVT<br><br>**DEFENDANT EBAGS, INC.'S REQUEST TO ALLOW TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>Date:     February 5, 2008<br>Time:     2:00 p.m. |

Pursuant to Local Rule 16-10(a) Defendant eBags, Inc. ("eBags") respectfully requests that the Court allow its counsel, Alex Sears, to appear telephonically at the Case Management Conference on Tuesday, February 5, 2008 at 2:00 p.m.  As counsel for eBags, Mr. Sears analyzed the allegations in the Complaint, prepared eBags's Answer, participated in the Fed. R. Civ. P. 26(f) conference with counsel for all parties, and reviewed the Joint Case Management Statement

1  on behalf of eBags.  He is well-informed on eBags' position in this matter and can respond to the

2  Court's inquiries regarding case status.

3      Mr. Sears resides and works in San Francisco, California.  He has familiarized himself

4  with the local rules of practice and is admitted to practice in this court.

5      For all the foregoing reasons, eBags seeks leave of the Court to allow Mr. Sears to appear

6  by telephone at the Case Management Conference on Tuesday, February 5, 2008.

7

8  Dated: January 29, 2008                    Respectfully Submitted,

9                                             COOLEY GODWARD KRONISH LLP

10

11                                            _____/s/_____

12                                            Alex C. Sears
                                              Attorneys for Defendant
13                                            eBAGS, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO
                        2.          REQUEST TO ALLOW TELEPHONIC APPEARANCE
                                    C07-05360 PVT