**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VALLAVISTA CORPORATION,
a California corporation,

    Plaintiff,

  v.

AMAZON.COM, INC., a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, EBAGS, INC., a Colorado corporation, EMPORIUM LEATHER COMPANY, INC., a New Jersey corporation, doing business as ROYCE LEATHER, and FASHION HANDBAGS, INC., a Nevada corporation, doing business as BO BO BAGS,

    Defendants.
                                     /

No. C 07-05360 WHA

**ORDER DENYING DEFENDANT'S REQUEST TO ATTEND CASE MANAGEMENT CONFERENCE BY TELEPHONE**

The Court **DENIES** defendant's request to attend the case management conference by telephone. For counsel's information, this case has been reassigned to the undersigned and the case management conference is set for **FEBRUARY 7, 2008, AT 1100 A.M.**, not February 5. Local counsel's unavailability is moot.

    **IT IS SO ORDERED.**

Dated: February 4, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE