UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VALLAVISTA CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, EBAGS, INC., a Colorado corporation, EMPORIUM LEATHER COMPANY, INC., a New Jersey corporation, doing business as ROYCE LEATHER, and FASHION HANDBAGS, INC., a Nevada corporation, doing business as BO BO BAGS,<br><br>Defendants. | Case No.   C-07-05360-WHA<br><br>**NOTICE OF NEED FOR ADR PHONE CONFERENCE** |

Notice of Need for ADR Phone Conference C-07-05360-WHA

sf-2463239

Counsel report that they have met and conferred regarding ADR and that they request an Early Settlement Conference with a Magistrate Judge.

Date of Case Management Conference: February 7, 2008.

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-mail Address |
|---|---|---|---|
| Kevin Martin | Vallavista Corporation | (925) 460-3700 | Kmartin@randicklaw.com |
| Angela Padilla | Target Corporation | (415) 268-7000 | Apadilla@mofo.com |
| Vanessa Power | Amazon.com, Inc. | (206) 386-7553 | Vspower@stoel.com |

Dated: February 6, 2008.    /s/  Kevin Martin
Attorney for Vallavista Corporation

Dated: February 6, 2008.    /s/  Angela L. Padilla
Attorney for Target Corporation

Dated: February 6, 2008.    /s/  Vanessa Power
Attorney for Amazon.com, Inc.
(admitted *Pro Hac Vice*)

**RULE 45 ATTESTATION**

In accordance with General Order 45, concurrence in the filing of this document has been obtained from each of the signatories and I shall maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party.

/s/  Lindsay T. Braunig
Lindsay T. Braunig
Attorney for Defendant, Target Corporation