| | |
|---|---|
| 1 | ANGELA L. PADILLA (CA SBN 154863) |
|   | APadilla@mofo.com |
| 2 | LINDSAY T. BRAUNIG (CA SBN 244125) |
|   | LBraunig@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 4 | San Francisco, California  94105-2482 |
|   | Telephone: 415.268.7000 |
| 5 | Facsimile: 415.268.7522 |
| 6 | Attorneys for Defendant |
|   | TARGET CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VALLAVISTA CORPORATION, a California corporation, | Case No.   C-07-05360-WHA |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE BY MAIL** |
| AMAZON.COM, INC., a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, EBAGS, INC., a Colorado corporation, EMPORIUM LEATHER COMPANY, INC., a New Jersey corporation, doing business as ROYCE LEATHER, and FASHION HANDBAGS, INC., a Nevada corporation, doing business as BO BO BAGS, | |
| Defendants. | |

Certificate of Service  C-07-05360-WHA

sf-2458490

**CERTIFICATE OF SERVICE BY MAIL**
(Fed. R. Civ. Proc. rule 5(b))

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**NOTICE OF NEED FOR ADR PHONE CONFERENCE**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482 , in accordance with Morrison & Foerster's ordinary business practices:

| | |
|---|---|
| **Andrew Hartman, Esq.**<br>Cooley Godward Kronish LLP<br>Suite 900<br>380 Interlocken Crescent<br>Broomfield, CO 80021-8023 | *Pro Hac Vice* for Defendant<br>eBags, Inc. |
| **David R. Goodnight, Esq.**<br>**Vanessa Sorino Power, Esq.**<br>Stoel Rives LLP<br>600 University Street, Suite 3600<br>Seattle, WA 98101 | *Pro Hac Vice* for Defendant<br>Amazon.com, Inc. |

I declare under penalty of perjury that the above is true and correct.

Executed at San Francisco, California, this 6th day of February, 2008.

s/Linda I. Methven
Linda I. Methven

**GENERAL ORDER 45 ATTESTATION**

I, Lindsay T. Braunig, am the ECF User whose ID and password are being used to file this Certificate of Service by Mail. In compliance with General Order 45, concurrence in the filing of this document has been obtained from each of the other signatories and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: February 6, 2008.

/s/    Lindsay T. Braunig