IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VALLAVISTA CORPORATION,
a California corporation,

    Plaintiff,

v.

AMAZON.COM, INC., a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, EBAGS, INC., a Colorado corporation, EMPORIUM LEATHER COMPANY, INC., a New Jersey corporation, doing business as ROYCE LEATHER, and FASHION HANDBAGS, INC., a Nevada corporation, doing business as BO BO BAGS,

    Defendants.

No. C 07-05360 WHA

**ORDER TO SHOW CAUSE**

Emporium Leather Company, Inc., and Fashion Handbags, Inc., failed to appear at the case management conference held on February 7, 2008 at 11:00 a.m., as previously noticed, and are hereby **ORDERED TO SHOW CAUSE** why they should not be sanctioned and/or held in default for their nonappearance and failure to answer. Their sworn responses are due by **NOON ON FEBRUARY 25, 2008,** in writing and the hearing shall be set for **FEBRUARY 28, 2008, AT 11:00 A.M.** in Courtroom No. 9 at the federal courthouse, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: February 7, 2008.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE