**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

**JUDGE WILLIAM ALSUP**

Date: February 7, 2008

Case No.  C 07-05360 WHA

Title: VALLAVISTA CORP v. AMAZON.COM

Plaintiff Attorneys: Kevin Martin

Defense Attorneys: Lindsay Braunig; Angela Padilla; Erik Khoobyarian; Alex Sears

Deputy Clerk:  Dawn Toland

Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)   CMC - HELD

2)   

Complete Initial Disclosures (Rule 26): 2/15/08

Discovery Cutoff: 9/26/08

Designation of Experts: 9/26/08

Last Day to File Motion: 10/23/08

Continued to _ for Further Case Management Conference

Continued to  **12/15/08 at 2:00 pm**  for Pretrial Conference

Continued to  **1/5/09 at 7:30 am**  for Jury Trial

**ORDERED AFTER HEARING:**

Case is referred to ADR for Mediation.

Court is going to issue an order to show cause to defendants Emporium Leather and Fashion Handbags for failure to appear at the hearing today.  Plaintiff is having settlement discussions with the remaining defendants.