1 | **Kevin R. Martin, SBN 176853**
kmartin@randicklaw.com
2 | **Patrick E. Guevara SBN 202727**
pguevara@randicklaw.com
3 | **RANDICK O'DEA & TOOLIATOS, LLP**
5000 Hopyard Road, Suite 400
4 | Pleasanton, California   94588
Telephone      (925) 460-3700
5 | Facsimile       (925) 460-0969

6 | Attorneys for Plaintiff Vallavista Corporation

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| VALLAVISTA CORPORATION, a California corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, EBAGS, INC., a Colorado corporation, EMPORIUM LEATHER COMPANY, INC., a New Jersey corporation, doing business as ROYCE LEATHER, and FASHION HANDBAGS, INC., a Nevada corporation, doing business as BO BO BAGS,<br><br>　　　　　　Defendants. | Case No.: C07-05360 WHA<br><br>**CERTIFICATE OF SERVICE OF SUMMONS, COMPLAINT AND SUPPLEMENTARY MATERIAL PURSUANT TO LOCAL RULE 4-2. AND ATTACHING RETURN OF SERVICE FORM AND SERVING ORDER TO SHOW CAUSE UPON FASHION HANDBAGS, INC. A NEVADA CORPORATION, DOING BUSINESS AS BO BO BAGS**<br><br>Date: [Input Date]<br>Time: [Input Time]<br>Dept: [Input Dept]<br><br>Trial Date: [Input Trial Date] |

CERTIFICATE OF SERVICE OF SUMMONS, COMPLAINT AND SUPPLEMENTARY MATERIAL AND SERVING ORDER TO SHOW CAUSE
USDC ND CASE NO.: C07-05360 WHA

165516.doc

1

COMES NOW, Kristen M. Ithurburu;

That, I am a United States citizen, over the age of 18 years, not affiliated in any manner with the matter subject to this affidavit and is an employee of a Nevada Licensed Process Service Agency, License # 830B;

That on February 13, 2007, the affiant personally served an Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order Regarding Case Management in Civil Cases, Civil Case Cover Sheet, Standing Order for Civil Practice in Cases Assigned for All purposes to Magistrate Judge Patricia V. Trumbull, Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge, Consent to Proceed Before a United States Magistrate Judge, Notice of Assignment of Case to a United States Magistrate Judge, ECF Registration Information Handout, United States District Court Guidelines, Northern District of California San Jose Division Hearing Schedules, Standing Order for Discovery Practice in All Cases Referred to Magistrate Judge Patricia V. Trumbull For Discovery, Standing Order for All Judges of the Northern District of California Contents of Joint Case Management Statement, Case Management Order and Reference to ADR Unit for Mediation, Supplemental Order to Order Setting Initial Case Management Conference, and Clerk's Notice of Impending Reassignment to a Untied States District Judge, Order to Show Cause, on Fashion Handbags, Inc., by serving Debbie Cooke, an authorized person to accept service on behalf of Paracorp Incorporated, the Resident Agent for Fashion Handbags, Inc., at the offices of Paracorp Incorporated, 318 North Carson St. Suite 208, Carson City, Nevada 89701.

_____
Affiant
Kristen M. Ithurburu
Zane Investigations
P.O. Box 11293
Reno Nevada 89510
775-337-8177

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 2/14/08 |
| Name of SERVER: KRISTEN THURBURN | TITLE: Process Server |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Debbie Cooke, authorized person to accept service on behalf of Paracorp, Inc., the Resident Agent for Fashion Handbags, Inc.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| ∅ | 65.00 | 65.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/13/08
Date

Signature of Server

PO Box 11293, Reno NV 89510
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure