ELISE R. VASQUEZ (SBN 201190)
evasquez@rmkb.com
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701

Attorneys for Defendant
EMPORIUM LEATHER COMPANY, INC., A New Jersey Corporation doing business as ROYCE LEATHER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLAVISTA CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, EBAGS, INC., a Colorado corporation, EMPORIUM LEATHER COMPANY, INC., a New Jersey corporation, doing business as ROYCE LEATHER, and FASHION HANDBAGS, INC., a Nevada corporation, doing business as BO BO BAGS,<br><br>Defendants. | CASE NO. C07-05360 WHA<br><br>**DECLARATION OF ELISE R. VASQUEZ IN RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Date: February 28, 2008<br>Time: 11:00 a.m.<br>Ctrm: 9<br>Judge: Hon. William Alsup |

I, Elise R. Vasquez declare as follows:

1. I am a partner with the law firm of Ropers, Majeski, Kohn & Bentley and counsel for Emporium Leather Company, Inc., defendant herein, on whose behalf I make this declaration. If called as a witness, I would competently testify to the following facts, all of which are within my own personal knowledge.

2. Late Friday afternoon of February 22, 2008, I was retained as counsel for Emporium Leather Company, Inc., to finalize a settlement Emporium had reached with Plaintiff.

3. Enclosed in the case file materials forwarded to me by Emporium was copy of the Order to Show Cause.

4. After retention by Emporium to represent it in a finalizing settlement, I immediately called this Court to advise it that a settlement had been reached between Emporium and VallaVista and to ask if a response to the Order to Show Cause was still required by the Court.

5. I received a message today from Ms. Toland that a response was still required.

6. I immediately researched the docket in this matter and saw that no stipulation had been filed in regards to the extensions granted by plaintiff's counsel to Emporium in which to respond to the Complaint and that no appearance had been made by Emporium.

7. A Notice of Settlement will be filed within the next few days with this Court and it is anticipated that a dismissal will be filed within thirty (30) days.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on February 25, 2008, at Redwood City, California.

/s/ Elise R. Vasquez
ELISE R. VASQUEZ

RC1/5075963.1/LD       - 2 -       DECLARATION OF ELISE R. VASQUEZ IN RESPONSE TO ORDER TO SHOW CAUSE
C07-05360 WHA