ELISE R. VASQUEZ (SBN 201190)
evasquez@rmkb.com
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone:    (650) 364-8200
Facsimile:    (650) 780-1701

Attorneys for Defendant
EMPORIUM LEATHER COMPANY, INC., A New Jersey Corporation doing business as ROYCE LEATHER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLAVISTA CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, EBAGS, INC., a Colorado corporation, EMPORIUM LEATHER COMPANY, INC., a New Jersey corporation, doing business as ROYCE LEATHER, and FASHION HANDBAGS, INC., a Nevada corporation, doing business as BO BO BAGS,<br><br>Defendants. | CASE NO. C07-05360 WHA<br><br>**DECLARATION OF HAROLD BAUER IN RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Date:      February 28, 2008<br>Time:      11:00 a.m.<br>Ctrm:      9<br>Judge:     Hon. William Alsup |

I, HAROLD BAUER declare as follows:

1. I am the President of Emporium Leather Company d/b/a Royce Leather. If called as a witness, I would competently testify to the following facts, all of which are within my own personal knowledge.

2. On November 1, 2007, Emporium Leather Company was served with a Complaint for Trademark Infringement and related claims.

3. On or before December 4, 2007, I contacted plaintiff's counsel Mr. Kevin R.

RC1/5075953.1/LD

DECLARATION OF HAROLD BAUER IN RESPONSE TO ORDER TO SHOW CAUSE C07-05360 WHA

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

1      I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct, and that this declaration was executed on February 25th, 2008, at
3  _Secaucus_, New Jersey.

4
5                                                  HAROLD BAUER

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

RC1/5075953.1/LD

- 3 -

DECLARATION OF HAROLD BAUER IN
RESPONSE TO ORDER TO SHOW CAUSE C07-
05360 WHA