1  ELISE R. VASQUEZ (SBN 201190)
   evasquez@rmkb.com
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
3  Redwood City, CA  94063
   Telephone:    (650) 364-8200
4  Facsimile:    (650) 780-1701

5  Attorneys for Defendant
   EMPORIUM LEATHER COMPANY, INC., A New
6  Jersey Corporation doing business as ROYCE
   LEATHER

7

8                 UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 VALLAVISTA CORPORATION, a            CASE NO.  C07-05360 WHA
   California corporation,
12                                      **DECLARATION OF PAT DUDA IN
              Plaintiff,                RESPONSE TO ORDER TO SHOW
13                                      CAUSE**

   v.
14                                      Date:      February 28, 2008
   AMAZON.COM, INC., a Delaware         Time:      11:00 a.m.
15 corporation, TARGET CORPORATION, a   Ctrm:      9
   Minnesota corporation, EBAGS, INC., a Judge:     Hon. William Alsup
16 Colorado corporation, EMPORIUM
   LEATHER COMPANY, INC., a New
17 Jersey corporation, doing business as
   ROYCE LEATHER, and FASHION
18 HANDBAGS, INC., a Nevada corporation,
   doing business as BO BO BAGS,
19
              Defendants.
20

21

22      I, PAT DUDA declare as follows:

23      1.     I am the General Manager of Emporium Leather Company d/b/a Royce Leather.

24 If called as a witness, I would competently testify to the following facts, all of which are within

25 my own personal knowledge.

26      2.     On January 11, 2008, I received an email from plaintiff's counsel Mr. Kevin R.

27 Martin of the law firm of Randick O'Dea and Tooliatos, LLP to confirm that VallVista had

28 granted Emporium an extension until January 18, 2008 in which to respond to Plaintiff's

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

1   Complaint. A true and correct copy of the email I received from Mr. Martin on January 11 is

2   attached hereto as Exhibit A.

3          3.      On January 18, 2008, I received an email from plaintiff's counsel Mr. Kevin R.

4   Martin of the law firm of Randick O'Dea and Tooliatos, LLP to confirm that VallVista had

5   granted Emporium an extension until February 1, 2008 in which to respond to Plaintiff's

6   Complaint. A true and correct copy of the email I received from Mr. Martin on January 18 is

7   attached hereto as Exhibit B.

8          4.      On February 1, 2008, I received an email from plaintiff's counsel Mr. Kevin R.

9   Martin of the law firm of Randick O'Dea and Tooliatos, LLP to confirm that VallVista had

10  granted Emporium an extension until February 15, 2008 in which to respond to Plaintiff's

11  Complaint. A true and correct copy of the email I received from Mr. Martin on January 11 is

12  attached hereto as Exhibit C.

13         5.      Late afternoon, of Friday February 22, 2008, we successfully settled this matter

14  with plaintiff VallaVista through direct communication and correspondence with Mr. Martin.

15         I declare under penalty of perjury under the laws of the United States of America that the

16  foregoing is true and correct, and that this declaration was executed on February 25, 2008, at

17  _SECAUCUS_, New Jersey.

18

19                                              PAT DUDA

20

21

22

23

24

25

26

27

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RCJ/5075987.1/ERV                          - 2 -          DECLARATION OF PAT DUDA IN RESPONSE
                                                         TO ORDER TO SHOW CAUSE C07-05360 WHA

# EXHIBIT A

**Subject:** Re: TAXI WALLET
**From:** Patt <pat@royceleathergifts.com>
**Date:** Fri, 11 Jan 2008 16:02:12 -0500
**To:** Kevin Martin <KMartin@randicklaw.com>
**BCC:** On Lu <olu@MOUNT.com>

Dear Kevin:

We left you a voice mail. We would like to resolve this case and can we request an extension with you later than Jan. 18, 2008. Please give us a call at your earliest convenience.

Thanks
Pat Duda

Kevin Martin wrote:

Please see attached.

# EXHIBIT B

**Subject:** Re: Extension of time to Respond
**From:** Patt <pat@royceleathergifts.com>
**Date:** Fri, 18 Jan 2008 08:48:27 -0500
**To:** Kevin Martin <KMartin@randicklaw.com>

Dear Kevin:

Thank You
Pat

Kevin Martin wrote:

Pat- I am still waiting for a response to your settlement proposal from my client. In the interim, I will agree to extend your date for response to the complaint for two weeks to February 1, 2008.

Thanks

**Kevin Martin**
**Randick O'Dea & Tooliatos, LLP**
**Achieving Results Through Innovation®**
**www.RandickLaw.com**
5000 Hopyard Road, Suite 400
Pleasanton, CA 94588-3348
Telephone 925-460-3700 | Fax 925-460-0969

**Confidential Communication:** This e-mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not an intended recipient, or the employee or agent responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail message in error, please immediately notify the sender by replying to this message or by telephone. Thank you.

**IRS Circular 230 Disclosure:** To ensure compliance with requirements imposed by the IRS, Randick O'Dea & Tooliatos LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

# EXHIBIT C

**Subject:** Extension of Time to Answer Complaint
**From:** "Kevin Martin" <KMartin@randicklaw.com>
**Date:** Fri, 1 Feb 2008 11:11:02 -0800
**To:** "Patt" <pat@royceleathergifts.com>

Pat-

This will confirm our agreement to extend the deadline for response by Emporium Leather to the complaint of Vallavista for Trademark Infringement of the TAXI WALLET brand name. Your time for response will now be February 15, 2008.

Please contact me if this does not conform with your understanding.


**Kevin Martin**
**Randick O'Dea & Tooliatos, LLP**
**Achieving Results Through Innovation®**
**www.RandickLaw.com**
5000 Hopyard Road, Suite 400
Pleasanton, CA 94588-3348
Telephone 925-460-3700 | Fax 925-460-0969

**Confidential Communication:** This e-mail message and any attachments are intended only for the use of the addressee(s) named above and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not an intended recipient, or the employee or agent responsible for delivering this e-mail to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail message in error, please immediately notify the sender by replying to this message or by telephone. Thank you.

**IRS Circular 230 Disclosure:** To ensure compliance with requirements imposed by the IRS, Randick O'Dea & Tooliatos LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.