1 **Kevin R. Martin, SBN 176853**
kmartin@randicklaw.com
2 **Patrick E. Guevara SBN 202727**
pguevara@randicklaw.com
3 **RANDICK O'DEA & TOOLIATOS, LLP**
5000 Hopyard Road, Suite 400
4 Pleasanton, California   94588
Telephone     (925) 460-3700
5 Facsimile      (925) 460-0969

6 Attorneys for Plaintiff Vallavista Corporation

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| VALLAVISTA CORPORATION, a California corporation, | Case No.:  C07-05360 WA |
| Plaintiff, | **NOTICE OF SETTLEMENT AS TO EMPORIUM LEATHER COMPANY, INC. AND EBAGS, INC.** |
| vs. | |
| AMAZON.COM, INC., a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, EBAGS, INC., a Colorado corporation, EMPORIUM LEATHER COMPANY, INC., a New Jersey corporation, doing business as ROYCE LEATHER, and FASHION HANDBAGS, INC., a Nevada corporation, doing business as BO BO BAGS, | Trial Date:  January 5, 2009 |
| Defendants. | |

   PLEASE TAKE NOTICE that Vallavista Corporation has settled its claims as to defendants Emporium Leather Company, Inc. and EBags, Inc.  The respective settlements are contingent of the parties' execution of a formal settlement and release agreement and other actions which are yet to take place.  Draft settlement agreements are being circulated among the

1

1 respective parties and it is anticipated that the agreement will be completed and the matter
2 dismissed within 60 days of the date of this notice.
3
4  Date:   February 25, 2008                    RANDICK O'DEA & TOOLIATOS, LLP
5
6                                               By:          /s/
                                                   Kevin R. Martin
7                                               Attorneys for Plaintiff VALLAVISTA
                                                CORPORATION
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

NOTICE OF SETTLEMENT AS TO EMPORIUM LEATHER AND EBAGS
USDC ND CASE NO.:  C07-05360 WA                163003.DOC