IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VALLAVISTA CORPORATION,
a California corporation,

    Plaintiff,

v.

AMAZON.COM, INC., a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, EBAGS, INC., a Colorado corporation, EMPORIUM LEATHER COMPANY, INC., a New Jersey corporation, doing business as ROYCE LEATHER, and FASHION HANDBAGS, INC., a Nevada corporation, doing business as BO BO BAGS,

    Defendants.

No. C 07-05360 WHA

**ORDER RE SETTLEMENT NOTICE**

    The Court is in receipt of plaintiff's notice of settlement as to Emporium Leather Company and Ebags, Inc. Please be aware that the Court expects all deadlines to be met until a dismissal is filed. The Court has learned that not all settlements pan out and the case gets lost in limbo "pending signing of settlement papers."

    **IT IS SO ORDERED.**

Dated: February 26, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE