

**RANDICK O'DEA
&
TOOLIATOS LLP
ATTORNEYS AT LAW**

February 27, 2008

**Via E-Filing and Overnite Express**

Hon. William Alsup
United States District Court
Northern District of California
450 Golden Gate Avenue, Courtroom 9, 19th Floor
San Francisco, CA 94102

    *Re:*     *Vallavista Corporation, v. Amazon.com, Inc., et al./V0290.001*
             *USDC ND Case No.: C07-05360 WA*

Dear Judge Alsup:

I am writing today in connection with your Order to Show Cause as to Fashion Handbags, Inc. set for February 28, 2008, for its failure to appear at the Case Management Conference held February 7, 2008, at 11:00 a.m. At the Case Management Conference, I mistakenly informed the Court that Fashion Handbags, Inc. had been served by Plaintiff Vallavista Corporation. I subsequently learned that in fact Fashion Handbags, Inc. had not been served, and immediately sent the complaint out for service at that time. The agent for service for Fashion Handbags, Inc. was served on February 13, 2008, and my office filed the Certificate of Service of Summons and Complaint, Document 39, with the Court on February 14, 2008. Consequently, it is my belief that that the Order to Show Cause as to Fashion Handbags, Inc. should be vacated until time has passed for their respective responsive pleading.

I apologize for any inconvenience.

*[signature]*
Kevin R. Martin, Esq.

cc:     All counsel

166377