United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VALLAVISTA CORPORATION,
a California corporation,

    Plaintiff,

  v.

AMAZON.COM, INC., a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, EBAGS, INC., a Colorado corporation, EMPORIUM LEATHER COMPANY, INC., a New Jersey corporation, doing business as ROYCE LEATHER, and FASHION HANDBAGS, INC., a Nevada corporation, doing business as BO BO BAGS,

    Defendants.

No. C 07-05360 WHA

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

The order to show cause is now discharged.

**IT IS SO ORDERED.**

Dated: February 28, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE