**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

**JUDGE WILLIAM ALSUP**

Date: February 28, 2008

Case No.  C 07-05360 WHA

Title: VALLAVISTA CORP v. AMAZON.COM

Plaintiff Attorneys: N/A

Defense Attorneys: Alise Vaquez

Deputy Clerk:  Dawn Toland

Court Reporter: Joan Columbini

**PROCEEDINGS**

1)   OSC - HELD

2)   

Complete Initial Disclosures (Rule 26):

Discovery Cutoff:

Designation of Experts:

Last Day to File Motion:


Continued to _ for Motion

**ORDERED AFTER HEARING:**

Defendant Emporium Leather appeared at the hearing to respond to the order to show cause.  Court discharged the order to show cause.

Plaintiff filed a letter yesterday re service of the complaint on defendant Fashion Handbags.