1  **Kevin R. Martin, SBN 176853**
   kmartin@randicklaw.com
2  **Patrick E. Guevara SBN 202727**
   pguevara@randicklaw.com
3  **RANDICK O'DEA & TOOLIATOS, LLP**
   5000 Hopyard Road, Suite 400
4  Pleasanton, California   94588
   Telephone       (925) 460-3700
5  Facsimile       (925) 460-0969

6  Attorneys for Plaintiff Vallavista Corporation

7

8  **UNITED STATES DISTRICT COURT**

9  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10  **SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| VALLAVISTA CORPORATION, a California corporation, | Case No.: C07-05360 WHA MED |
| Plaintiff, | **STIPULATED DISMISSAL AS TO EBAGS, INC.** |
| vs. | |
| AMAZON.COM, INC., a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, EBAGS, INC., a Colorado corporation, EMPORIUM LEATHER COMPANY, INC., a New Jersey corporation, doing business as ROYCE LEATHER, and FASHION HANDBAGS, INC., a Nevada corporation, doing business as BO BO BAGS, | |
| Defendants. | |

    Plaintiff VALLAVISTA CORPORATION a California Corporation and defendant EBAGS, INC. a Colorado Corporation, having amicably resolved their differences in the above-captioned matter by way of a Settlement Agreement, and the Court, being so advised, hereby

/ / /

/ / /

1

1  stipulates to a dismissal of the present action as to EBAGS, INC., <u>with prejudice</u>, and with each
2  party bearing its own costs and fees.
3       IT IS SO ORDERED:
4
5  Dated: _____     _____
                                                                                      DISTRICT COURT JUDGE
6
7  Stipulated as to form and content:
8
9  Dated:  March 11, 2008                  _____/s/_____
10                                                        Howard Rutten
                                                       Cooley Godward Kronish LLP
11                                                        Attorneys for Defendant EBags, Inc.
12
13 Dated:  March 11, 2008                  _____/s/_____
                                                       Kevin R. Martin
14                                                        Randick O'Dea & Tooliatos, LLP
                                                       Attorneys for Plaintiff Vallavista, Inc.
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATED DISMISSAL AS TO EBAGS, INC.
USDC ND Case No.:  C07-05360 WHA MED                                               167232.doc

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE
167232.doc