1  **Kevin R. Martin, SBN 176853**
   kmartin@randicklaw.com
2  **Patrick E. Guevara SBN 202727**
   pguevara@randicklaw.com
3  **RANDICK O'DEA & TOOLIATOS, LLP**
   5000 Hopyard Road, Suite 400
4  Pleasanton, California   94588
   Telephone       (925) 460-3700
5  Facsimile       (925) 460-0969

6  Attorneys for Plaintiff Vallavista Corporation

7

8              **UNITED STATES DISTRICT COURT**

9         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                **SAN FRANCISCO DIVISION**

11

12  VALLAVISTA CORPORATION, a            Case No.:  C07-05360 WHA MED
    California corporation,
13                                        **STIPULATED DISMISSAL AS TO**
                        Plaintiff,        **EBAGS, INC.**
14
    vs.
15
    AMAZON.COM, INC., a Delaware
16  corporation, TARGET
    CORPORATION, a Minnesota
17  corporation, EBAGS, INC., a
    Colorado corporation, EMPORIUM
18  LEATHER COMPANY, INC., a New
    Jersey corporation, doing business as
19  ROYCE LEATHER, and FASHION
    HANDBAGS, INC., a Nevada
20  corporation, doing business as BO
    BO BAGS,
21
                        Defendants.
22

23

24      Plaintiff VALLAVISTA CORPORATION a California Corporation and defendant

25  EBAGS, INC. a Colorado Corporation, having amicably resolved their differences in the above-

26  captioned matter by way of a Settlement Agreement, and the Court, being so advised, hereby

27  / / /

28  / / /

                                                                                    1

1  stipulates to a dismissal of the present action as to EBAGS, INC., with prejudice, and with each

2  party bearing its own costs and fees.

3          IT IS SO ORDERED:

4

   Dated: __ March 12, 2008 _____

5                                                    _____

                                                     DISTRICT COURT JUDGE

6

7  Stipulated as to form and content:

8

9  Dated:  March 11, 2008              _____/s/_____

10                                     Howard Rutten
                                       Cooley Godward Kronish LLP
11                                     Attorneys for Defendant EBags, Inc.

12

13 Dated:  March 11, 2008              _____/s/_____

                                       Kevin R. Martin
14                                     Randick O'Dea & Tooliatos, LLP
                                       Attorneys for Plaintiff Vallavista, Inc.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                                                    2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28