ANGELA L. PADILLA (CA SBN 154863)
APadilla@mofo.com
LINDSAY T. BRAUNIG (CA SBN 244125)
LBraunig@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VALLAVISTA CORPORATION, a California corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>AMAZON.COM, INC., a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, EBAGS, INC., a Colorado corporation, EMPORIUM LEATHER COMPANY, INC., a New Jersey corporation, doing business as ROYCE LEATHER, and FASHION HANDBAGS, INC., a Nevada corporation, doing business as BO BO BAGS,<br><br>                    Defendants. | Case No.    C-07-05360-WHA<br><br>**MOTION TO EXTEND THE MEDIATION DEADLINE** |

1    Pursuant to ADR Local Rule 6-5, Defendant Target Corporation, with the concurrence of

2 all parties, hereby requests an extension of the deadline to hold a mediation.  The parties

3 respectfully request an extension from May 6, 2008, to May 8, 2008.

4    Pursuant to ADR Local Rule 6-4(b), a mediation in this case must be held by May 6,

5 2008.  The parties have twice conferred telephonically with Mr. Jamie Isbester, the appointed

6 mediator.  The parties have been unable to find a date before May 8, 2008 (two days after the

7 current deadline of May 6, 2008) on which all the parties and their counsel are available to

8 mediate the case.  The parties and Mr. Isbester have agreed to mediate the case on May 8, 2008.

9    Accordingly, it is respectfully requested that the Court grant a two-day extension of the

10 deadline for mediation, allowing the parties to mediate the case on May 8, 2008, a date that has

11 been reserved for such purposes by all parties and by Mr. Isbester.

12 Dated: April 10, 2008     ANGELA L. PADILLA
13             LINDSAY T. BRAUNIG
              MORRISON & FOERSTER LLP

14

15            By:  /s/  Lindsay T. Braunig
16               Lindsay t. Braunig

17            Attorneys for Defendant
              TARGET CORPORATION

18

19

20

21

22

23

24

25

26

27

28