1   ANGELA L. PADILLA (CA SBN 154863)
    APadilla@mofo.com
2   LINDSAY T. BRAUNIG (CA SBN 244125)
    LBraunig@mofo.com
3   MORRISON & FOERSTER LLP
    425 Market Street
4   San Francisco, California  94105-2482
    Telephone: 415.268.7000
5   Facsimile: 415.268.7522

6   Attorneys for Defendant
    TARGET CORPORATION
7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  VALLAVISTA CORPORATION, a California        Case No.    C-07-05360-WHA
    corporation,
13                                              [PROPOSED] ORDER
                     Plaintiff,                 GRANTING MOTION TO
14                                              EXTEND MEDIATION
           v.                                   DEADLINE
15
    AMAZON.COM, INC., a Delaware corporation,
16  TARGET CORPORATION, a Minnesota
    corporation, EBAGS, INC., a Colorado
17  corporation, EMPORIUM LEATHER
    COMPANY, INC., a New Jersey corporation,
18  doing business as ROYCE LEATHER, and
    FASHION HANDBAGS, INC., a Nevada
19  corporation, doing business as BO BO BAGS,

20                   Defendants.

21

22

23

24

25

26

27

28

1    On April ___, 2008, in a motion in which all parties concurred, Defendant Target

2    Corporation moved for an extension to May 8, 2008, of the deadline for conducting a mediation.

3    For good cause shown, the Court hereby extends to May 8, 2008, the deadline for conducting a

4    mediation.

5    IT IS THEREFORE ORDERED that Defendant's Motion to Extend the Mediation

6    Deadline is GRANTED.

7

8

9    Dated: _____, 2008                 _____

The Hon. William H. Alsup
10                                                    United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28