1  ANGELA L. PADILLA (CA SBN 154863)
   APadilla@mofo.com
2  LINDSAY T. BRAUNIG (CA SBN 244125)
   LBraunig@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Defendant
   TARGET CORPORATION
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11

12  VALLAVISTA CORPORATION, a California         Case No.   C-07-05360-WHA
    corporation,
13                                               [PROPOSED] ORDER
                     Plaintiff,                  GRANTING MOTION TO
14                                               EXTEND MEDIATION
         v.                                      DEADLINE
15
    AMAZON.COM, INC., a Delaware corporation,
16  TARGET CORPORATION, a Minnesota
    corporation, EBAGS, INC., a Colorado
17  corporation, EMPORIUM LEATHER
    COMPANY, INC., a New Jersey corporation,
18  doing business as ROYCE LEATHER, and
    FASHION HANDBAGS, INC., a Nevada
19  corporation, doing business as BO BO BAGS,

20                   Defendants.

21

[PROPOSED] ORDER GRANTING MOTION TO EXTEND MEDIATION DEADLINE
C-07-05360-WHA
sf-2496208

1  On April __, 2008, in a motion in which all parties concurred, Defendant Target
2  Corporation moved for an extension to May 8, 2008, of the deadline for conducting a mediation.
3  For good cause shown, the Court hereby extends to May 8, 2008, the deadline for conducting a
4  mediation.

5  IT IS THEREFORE ORDERED that Defendant's Motion to Extend the Mediation
6  Deadline is GRANTED.

Dated: April 11, 2008

The Hon. William H. Alsup
United States District Judge

*IT IS SO ORDERED — Judge William Alsup* (signature stamp, United States District Court, Northern District of California)