1  **Kevin R. Martin, SBN 176853**
kmartin@randicklaw.com
2  **Patrick E. Guevara SBN 202727**
pguevara@randicklaw.com
3  **RANDICK O'DEA & TOOLIATOS, LLP**
5000 Hopyard Road, Suite 400
4  Pleasanton, California   94588
Telephone      (925) 460-3700
5  Facsimile      (925) 460-0969

6  Attorneys for Plaintiff Vallavista Corporation

7

8  **UNITED STATES DISTRICT COURT**

9  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10  **SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| 12   VALLAVISTA CORPORATION, a California corporation, | Case No.:  C07-05360 WHA MED |
| 13                  Plaintiff, | **STIPULATED DISMISSAL AS TO EMPORIUM LEATHER COMPANY, INC. A NEW JERSEY CORPORATION, DOING BUSINESS AS ROYCE LEATHER** |
| 14   vs. | |
| 15   AMAZON.COM, INC., a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, EBAGS, INC., a Colorado corporation, EMPORIUM LEATHER COMPANY, INC., a New Jersey corporation, doing business as ROYCE LEATHER, and FASHION HANDBAGS, INC., a Nevada corporation, doing business as BO BO BAGS, | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21                  Defendants. | |
| 22 | |

23       Plaintiff VALLAVISTA CORPORATION, a California Corporation, and defendant

24  EMPORIUM LEATHER COMPANY, INC., a New Jersey Corporation, doing business as

25  Royce Leather, having amicably resolved their differences in the above-captioned matter by way

26  / / /

27  / / /

28  / / /

1

1   of a Settlement Agreement, and the Court, being so advised, hereby stipulates to a dismissal of

2   the present action as to EMPORIUM LEATHER COMPANY, INC., with prejudice, and with

3   each party bearing its own costs and fees.

4          IT IS SO ORDERED:

5

6   Dated: _____          _____

                                          DISTRICT COURT JUDGE

7

8   Stipulated as to form and content:

9

10  Dated:  April 11, 2008              _____/s/_____

11                                      Elise Vasquez
                                        Ropers Majeski Kohn & Bentley, LLP
12                                      Attorneys for Defendant Emporium Leather
                                        Company, Inc.
13

14  Dated:  April 11, 2008              _____/s/_____

15                                      Kevin R. Martin
                                        Randick O'Dea & Tooliatos, LLP
16                                      Attorneys for Plaintiff Vallavista, Inc.

17

18

19

20

21

22

23

24

25

26

27

28

                                                                            2

STIPULATED DISMISSAL AS TO EMPORIUM LEATHER COMPANY, INC.
USDC ND Case No.:  C07-05360 WHA MED                        169807 (2).doc