1 | **Kevin R. Martin, SBN 176853**
kmartin@randicklaw.com
2 | **Patrick E. Guevara SBN 202727**
pguevara@randicklaw.com
3 | **RANDICK O'DEA & TOOLIATOS, LLP**
5000 Hopyard Road, Suite 400
4 | Pleasanton, California   94588
Telephone     (925) 460-3700
5 | Facsimile     (925) 460-0969

6 | Attorneys for Plaintiff Vallavista Corporation

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| VALLAVISTA CORPORATION, a California corporation,<br><br>             Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, EBAGS, INC., a Colorado corporation, EMPORIUM LEATHER COMPANY, INC., a New Jersey corporation, doing business as ROYCE LEATHER, and FASHION HANDBAGS, INC., a Nevada corporation, doing business as BO BO BAGS,<br><br>             Defendants. | Case No.:  C07-05360 WHA MED<br><br>**STIPULATED DISMISSAL AS TO EMPORIUM LEATHER COMPANY, INC. A NEW JERSEY CORPORATION, DOING BUSINESS AS ROYCE LEATHER** |

Plaintiff VALLAVISTA CORPORATION, a California Corporation, and defendant EMPORIUM LEATHER COMPANY, INC., a New Jersey Corporation, doing business as Royce Leather, having amicably resolved their differences in the above-captioned matter by way

/ / /

/ / /

/ / /

1  of a Settlement Agreement, and the Court, being so advised, hereby stipulates to a dismissal of
2  the present action as to EMPORIUM LEATHER COMPANY, INC., <u>with prejudice</u>, and with
3  each party bearing its own costs and fees.
4      IT IS SO ORDERED:

5  Dated: April 14, 2008.
6                                          _____
                                            DISTRICT COURT JUDGE

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT CALIFORNIA — IT IS SO ORDERED, Judge William Alsup)*

8  Stipulated as to form and content:

10 Dated: April 11, 2008              _____/s/_____
11                                     Elise Vasquez
                                       Ropers Majeski Kohn & Bentley, LLP
12                                     Attorneys for Defendant Emporium Leather
                                       Company, Inc.

14 Dated: April 11, 2008              _____/s/_____
15                                     Kevin R. Martin
                                       Randick O'Dea & Tooliatos, LLP
16                                     Attorneys for Plaintiff Vallavista, Inc.

2