1  JENNIFER LEE TAYLOR (CA SBN 161368)
   JTaylor@mofo.com
2  LINDSAY T. BRAUNIG (CA SBN 244125)
   LBraunig@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Defendant
   TARGET CORPORATION
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12 | VALLAVISTA CORPORATION, a California corporation, | Case No.   C-07-05360-WHA
13 |                                                   |
14 |                Plaintiff,                         | **NOTICE OF APPEARANCE**
15 |       v.                                          |
16 | AMAZON.COM, INC., a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, EBAGS, INC., a Colorado corporation, EMPORIUM LEATHER COMPANY, INC., a New Jersey corporation, doing business as ROYCE LEATHER, and FASHION HANDBAGS, INC., a Nevada corporation, doing business as BO BO BAGS, |
17 |
18 |
19 |
20 |                Defendants.                        |

NOTICE OF APPEARANCE C-07-05360-WHA
sf-2506835

1     TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

2     Enter my appearance as counsel in this case for Defendant, TARGET CORPORATION.

3     I certify that I am admitted to practice in this Court.

4

5

6     Dated: April 28, 2008

                                      Jennifer Lee Taylor (Bar No. 161368)

7                                        Morrison & Foerster LLP

                                       425 Market Street

8                                        San Francisco, CA 94105-2482

                                       Tel:  (415) 268-7000

9                                        Fax:  (415) 268-7522

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE C-07-05360-WHA                         1

sf-2506835