EDWARD C. DUCKERS (CSB #242113)
ecduckers@stoel.com
VANESSA S. POWER (WSBA #30777)
vspower@stoel.com
*Admitted Pro Hac Vice*
STOEL RIVES LLP
980 9th Street, Suite 1900
Sacramento, CA 95814
Telephone: (916) 447-0700
Facsimile: (916) 447-4781

Attorneys for Defendant
AMAZON.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VALLAVISTA CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, EBAGS, INC., a Colorado corporation, EMPORIUM LEATHER COMPANY, INC., a New Jersey corporation, doing business as ROYCE LEATHER, and FASHION HANDBAGS, INC., a Nevada corporation, doing business as BO BO BAGS,<br><br>Defendants. | Case No. C07-05360-WHA<br><br>[~~PROPOSED~~] (WDB) ORDER GRANTING LEAVE FOR TELEPHONIC APPEARANCE AT MEDIATION |

THIS MATTER came before the Court upon Amazon.com, Inc.'s request for leave to appear at mediation by teleconference. The Court has considered Amazon.com, Inc.'s request, the position of Plaintiff Vallavista Corporation and the mediator, and being fully advised of the premises; now, therefore,

IT IS HEREBY ordered that Amazon.com, Inc. is granted leave to appear at the mediation on May 8, 2008 by teleconference.

Date: May 5, 2008

*Wayne D. Brazil*
Wayne D. Brazil
United States Magistrate Judge

[PROPOSED] ORDER GRANTING LEAVE
FOR TELEPHONIC APPEARANCE     -1-     C07-05360

Seattle-3418911.1 0053837-00011