# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Vallavista Corporation, | No. C 07-05360 WHA MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Amazon.Com, Inc., | |
| Defendant(s). | |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _May 8, 2008_

2. Did the case settle?   ☐ fully   ☒ partially   ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☒ phone discussions expected by (date) _June 30, 2008_

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ YES   ☐ NO

Dated: _May 9, 2008_   _James Isbester_
Mediator, James Isbester
Isbester & Associates
3160 College Ave., Suite 203
Berkeley, CA 94705

**Certification of ADR Session**
07-05360 WHA MED