1  **Kevin R. Martin, SBN 176853**
   kmartin@randicklaw.com
2  **Patrick E. Guevara SBN 202727**
   pguevara@randicklaw.com
3  **RANDICK O'DEA & TOOLIATOS, LLP**
   5000 Hopyard Road, Suite 400
4  Pleasanton, California   94588
   Telephone      (925) 460-3700
5  Facsimile        (925) 460-0969

6  Attorneys for Plaintiff VALLAVISTA CORPORATION

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| VALLAVISTA CORPORATION, a California corporation,<br><br>                    Plaintiff,<br><br>     vs.<br><br>AMAZON.COM, INC., a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, EBAGS, INC., a Colorado corporation, EMPORIUM LEATHER COMPANY, INC., a New Jersey corporation, doing business as ROYCE LEATHER, and FASHION HANDBAGS, INC., a Nevada corporation, doing business as BO BO BAGS,<br><br>                    Defendants. | Case No.:  C07-05360 WHA MED<br><br>**[PROPOSED] ORDER AND STIPULATED DISMISSAL AS TO AMAZON.COM** |

     Plaintiff VALLAVISTA CORPORATION a California Corporation and defendant AMAZON.COM. a Delaware Corporation, having amicably resolved their differences in the above-captioned matter by way of a Settlement Agreement, and the Court, being so advised,

/ / /

/ / /

---

[PROPOSED] ORDER AND STIPULATED DISMISSAL AS TO AMAZON.COM
USDC ND CASE NO.:  C07-05360 WHA MED
175512.doc

                                                                                                                                1

hereby stipulates to a dismissal of the present action as to defendant AMAZON.COM., <u>with prejudice</u>, and with each party bearing its own costs and fees.

IT IS SO ORDERED:

Dated: _____    _____
                                DISTRICT COURT JUDGE

Stipulated as to form and content:

Dated: July 9, 2008             _____/s/_____
                                Vanessa Soriano Power
                                Stoel Rives LLP
                                Attorneys for Defendant Amazon.com

Dated: July 9, 2008             _____/s/_____
                                Kevin R. Martin
                                Randick O'Dea & Tooliatos, LLP
                                Attorneys for Plaintiff Vallavista Corporation