**Kevin R. Martin, SBN 176853**
kmartin@randicklaw.com
**Patrick E. Guevara SBN 202727**
pguevara@randicklaw.com
**RANDICK O'DEA & TOOLIATOS, LLP**
5000 Hopyard Road, Suite 400
Pleasanton, California   94588
Telephone      (925) 460-3700
Facsimile       (925) 460-0969

Attorneys for Plaintiff VALLAVISTA CORPORATION

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| VALLAVISTA CORPORATION, a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> AMAZON.COM, INC., a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, EBAGS, INC., a Colorado corporation, EMPORIUM LEATHER COMPANY, INC., a New Jersey corporation, doing business as ROYCE LEATHER, and FASHION HANDBAGS, INC., a Nevada corporation, doing business as BO BO BAGS, <br><br> Defendants. | Case No.:  C07-05360 WHA MED <br><br> ~~[PROPOSED]~~ **ORDER AND STIPULATED DISMISSAL AS TO AMAZON.COM** |

Plaintiff VALLAVISTA CORPORATION a California Corporation and defendant AMAZON.COM. a Delaware Corporation, having amicably resolved their differences in the above-captioned matter by way of a Settlement Agreement, and the Court, being so advised,

/ / /

/ / /

1 | hereby stipulates to a dismissal of the present action as to defendant AMAZON.COM., <u>with
2 | prejudice</u>, and with each party bearing its own costs and fees.
3 |    IT IS SO ORDERED:

4 | Dated: ___July 11, 2008_____

5 |                                                 DISTRICT COURT JUDGE

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge William Alsup)

7 | Stipulated as to form and content:

9 | Dated: July 9, 2008                                       /s/
10 |                                                Vanessa Soriano Power
                                               Stoel Rives LLP
11 |                                                Attorneys for Defendant Amazon.com

13 | Dated: July 9, 2008                                       /s/
14 |                                                Kevin R. Martin
                                               Randick O'Dea & Tooliatos, LLP
                                               Attorneys for Plaintiff Vallavista Corporation

2