1   JENNIFER LEE TAYLOR (CA SBN 161368)
    JTaylor@mofo.com
2   KIMBERLY L. TAYLOR (CA SBN 240483)
    KTaylor@mofo.com
3   LINDSAY T. BRAUNIG (CA SBN 244125)
    LBraunig@mofo.com
4   MORRISON & FOERSTER LLP
    425 Market Street
5   San Francisco, California  94105-2482
    Telephone: 415.268.7000
6   Facsimile: 415.268.7522

7   Attorneys for Defendant
    TARGET CORPORATION
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        OAKLAND DIVISION

12

13   VALLAVISTA CORPORATION, a California          Case No.    C-07-05360-WHA
     corporation,
14
                      Plaintiff,                    **NOTICE OF WITHDRAWAL OF**
15                                                  **COUNSEL AND [PROPOSED]**
          v.                                        **ORDER PURSUANT TO LOCAL**
16                                                  **RULE 11-5**
     AMAZON.COM, INC., a Delaware corporation,
17   TARGET CORPORATION, a Minnesota
     corporation, EBAGS, INC., a Colorado
18   corporation, EMPORIUM LEATHER
     COMPANY, INC., a New Jersey corporation,
19   doing business as ROYCE LEATHER, and
     FASHION HANDBAGS, INC., a Nevada
20   corporation, doing business as BO BO BAGS,

21                    Defendants.

22

23

24

25

26

27

28

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    Please take notice that the following counsel of record no longer represents Plaintiff

3    Target Corporation in this action:

4    • Angela L. Padilla

5    Jennifer Lee Taylor, Kimberly L. Taylor, and Lindsay T. Braunig (of Morrison & Foerster

6    LLP) will continue to serve as counsel of record in this case.  All correspondence with and

7    service upon Defendant Target Corporation should continue to be addressed to them at:

8

9    Jennifer Lee Taylor
     Kimberly L. Taylor
     Lindsay T. Braunig
10   Morrison & Foerster LLP
     425 Market Street
11   San Francisco, California 94105
     Phone: (415) 268-7000
12   Fax: (415) 268-7522

13

14

15   Dated: August 21, 2008              MORRISON & FOERSTER LLP

16

17                                       By:___/s/ Kimberly L. Taylor_____

18                                          Kimberly L. Taylor

19

20

21

22

23

24

25

26

27

28
                                            1

1    E-filing attestation:  I, Kimberly L. Taylor, am the ECF User whose ID and password are

2    being used to file this Withdrawal of Counsel and [Proposed] Order Pursuant to Local Rule 11-5.

3    In compliance with General Order 45, X.B., I hereby attest that Plaintiff Target Corporation, has

4    concurred in this filing.

5
     Dated: August 21, 2008                      MORRISON & FOERSTER LLP
6

7                                                By:    /s/ Kimberly L. Taylor _____
                                                       Kimberly L. Taylor
8
9                                                Attorneys for TARGET CORPORATION

10

11

12                                **[PROPOSED] ORDER**

13          The withdrawal of counsel, Angela L. Padilla, is authorized by the Court and the clerk of

14   the Court is directed to make the appropriate change in the docket.

15

16          **IT IS SO ORDERED.**

17

18   Dated: August ___, 2008                    _____

19                                              Hon. William B. Alsup
                                                United States District Judge
20

21

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL OF COUNSEL & [PROPOSED] ORDER
CASE NO. C-07-05360-WHA
sf-2555477