| | |
|---|---|
| 1 | JENNIFER LEE TAYLOR (CA SBN 161368) |
|   | JTaylor@mofo.com |
| 2 | KIMBERLY L. TAYLOR (CA SBN 240483) |
|   | KTaylor@mofo.com |
| 3 | LINDSAY T. BRAUNIG (CA SBN 244125) |
|   | LBraunig@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 5 | San Francisco, California  94105-2482 |
|   | Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |
| 7 | Attorneys for Defendant |
|   | TARGET CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| VALLAVISTA CORPORATION, a California corporation, | Case No.   C-07-05360-WHA |
|---|---|
| Plaintiff, | **NOTICE OF WITHDRAWAL OF COUNSEL AND [PROPOSED] ORDER PURSUANT TO LOCAL RULE 11-5** |
| v. | |
| AMAZON.COM, INC., a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, EBAGS, INC., a Colorado corporation, EMPORIUM LEATHER COMPANY, INC., a New Jersey corporation, doing business as ROYCE LEATHER, and FASHION HANDBAGS, INC., a Nevada corporation, doing business as BO BO BAGS, | |
| Defendants. | |

NOTICE OF WITHDRAWAL OF COUNSEL & [PROPOSED] ORDER
CASE NO. C-07-05360-WHA
sf-2555477

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that the following counsel of record no longer represents Plaintiff Target Corporation in this action:

- Angela L. Padilla

Jennifer Lee Taylor, Kimberly L. Taylor, and Lindsay T. Braunig (of Morrison & Foerster LLP) will continue to serve as counsel of record in this case. All correspondence with and service upon Defendant Target Corporation should continue to be addressed to them at:

Jennifer Lee Taylor
Kimberly L. Taylor
Lindsay T. Braunig
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105
Phone: (415) 268-7000
Fax: (415) 268-7522

Dated: August 21, 2008              MORRISON & FOERSTER LLP


                                    By:    /s/ Kimberly L. Taylor _____
                                           Kimberly L. Taylor

1

NOTICE OF WITHDRAWAL OF COUNSEL & [PROPOSED] ORDER
CASE NO. C-07-05360-WHA
sf-2555477

1  E-filing attestation: I, Kimberly L. Taylor, am the ECF User whose ID and password are being used to file this Withdrawal of Counsel and [Proposed] Order Pursuant to Local Rule 11-5. In compliance with General Order 45, X.B., I hereby attest that Plaintiff Target Corporation, has concurred in this filing.

Dated: August 21, 2008                           MORRISON & FOERSTER LLP

                                                 By:    /s/ Kimberly L. Taylor    
                                                        Kimberly L. Taylor

                                                 Attorneys for TARGET CORPORATION

### [PROPOSED] ORDER

The withdrawal of counsel, Angela L. Padilla, is authorized by the Court and the clerk of the Court is directed to make the appropriate change in the docket.

**IT IS SO ORDERED.**

Dated: August 22, 2008                           _____
                                                 Hon. William H. Alsup
                                                 United States District Judge

*IT IS SO ORDERED. Judge William Alsup*