**Kevin R. Martin, SBN 176853**
kmartin@randicklaw.com
**Patrick E. Guevara SBN 202727**
pguevara@randicklaw.com
**RANDICK O'DEA & TOOLIATOS, LLP**
5000 Hopyard Road, Suite 400
Pleasanton, California   94588
Telephone     (925) 460-3700
Facsimile      (925) 460-0969

Attorneys for Plaintiff VALLAVISTA CORPORATION

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| VALLAVISTA CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, EBAGS, INC., a Colorado corporation, EMPORIUM LEATHER COMPANY, INC., a New Jersey corporation, doing business as ROYCE LEATHER, and FASHION HANDBAGS, INC., a Nevada corporation, doing business as BO BO BAGS,<br><br>Defendants. | Case No.: C07-05360 WHA<br><br>**PLAINTIFF'S LIST OF ISSUES ON WHICH IT WILL OFFER EXPERT TESTIMONY** |

   Plaintiff VALLAVISTA CORPORATION submits the following List of Issues On Which It Will Offer Expert Testimony pursuant to the Case Management Order issued by the Court on February 7, 2008.

/ / /

/ / /

1) Plaintiff expects to offer expert testimony on the nature and extent of Defendant TARGET CORPORATION's profits resulting from its infringement of Plaintiff's marks.

2) Plaintiff expects to offer expert testimony on the nature and extent of Plaintiff's damages suffered as a result of Defendant TARGET CORPORATION's infringement of Plaintiff's marks.

Date:  August 28, 2008                    RANDICK O'DEA & TOOLIATOS, LLP


                                          By:      /s/
                                                Kevin R. Martin