**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VALLAVISTA CORPORATION,
a California corporation,

    Plaintiff,

v.

AMAZON.COM, INC., a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, EBAGS, INC., a Colorado corporation, EMPORIUM LEATHER COMPANY, INC., a New Jersey corporation, doing business as ROYCE LEATHER, and FASHION HANDBAGS, INC., a Nevada corporation, doing business as BO BO BAGS,

    Defendants.

No. C 07-05360 WHA

**ORDER SETTING HEARING ON DEFENDANT'S DISCOVERY DISPUTE**

The Court is in receipt of defendant's letter of October 7, 2008, concerning a discovery dispute and **SETS** a further meet-and-confer for **11:00 A.M. ON OCTOBER 16, 2008**. Counsel and their client representatives with authority to decide shall meet and confer in person in a room to be designated and, failing success, the hearing shall be at **2:00 P.M.** in Courtroom 9.

**IT IS SO ORDERED.**

Dated: October 8, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE