IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VALLAVISTA CORPORATION,
a California corporation,

    Plaintiff,

  v.

AMAZON.COM, INC., a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, EBAGS, INC., a Colorado corporation, EMPORIUM LEATHER COMPANY, INC., a New Jersey corporation, doing business as ROYCE LEATHER, and FASHION HANDBAGS, INC., a Nevada corporation, doing business as BO BO BAGS,

    Defendants.

No. C 07-05360 WHA

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO STAY**

The Court has received defendant Target's motion to stay the action. Any opposition to the motion must be filed by **OCTOBER 23, 2008, AT NOON**. Any reply will be due on **OCTOBER 27, 2008, AT NOON**. The briefing schedule on all other pending motions will remain the same.

**IT IS SO ORDERED.**

Dated: October 17, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE