IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VALLAVISTA CORPORATION,
a California corporation,

    Plaintiff,

  v.

AMAZON.COM, INC., a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, EBAGS, INC., a Colorado corporation, EMPORIUM LEATHER COMPANY, INC., a New Jersey corporation, doing business as ROYCE LEATHER, and FASHION HANDBAGS, INC., a Nevada corporation, doing business as BO BO BAGS,

    Defendants.
                                              /

No. C 07-05360 WHA

**ORDER RESCHEDULING HEARING DATE**

    The hearing on the pending motions scheduled for November 20, 2008, is hereby **VACATED** and rescheduled for **DECEMBER 4, 2008, AT 8AM**.

    **IT IS SO ORDERED.**

Dated: November 5, 2008.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE