IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VALLAVISTA CORPORATION,
a California corporation,

        Plaintiff,

  v.

AMAZON.COM, INC., a Delaware corporation, TARGET CORPORATION, a Minnesota corporation, EBAGS, INC., a Colorado corporation, EMPORIUM LEATHER COMPANY, INC., a New Jersey corporation, doing business as ROYCE LEATHER, and FASHION HANDBAGS, INC., a Nevada corporation, doing business as BO BO BAGS,

        Defendant.

                                       /

No. C 07-05360 WHA

**ORDER REFERRING TO MAGISTRATE JUDGE FOR MEDIATION**

      The Court previously referred this matter to the ADR Unit for mediation. That did not result in settlement. The Court hereby refers this matter to Magistrate Judge Maria-Elena James for mediation. If counsel is in the middle of settlement discussions they believe are too far advanced for mediation, then counsel shall notify the Court by **DECEMBER 18, 2008** and the Court will vacate this order.

      **IT IS SO ORDERED.**

Dated: December 15, 2008

                                                    WILLIAM ALSUP UNITED STATES DISTRICT JUDGE